# EXHIBIT 3

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:

DIVISION:

**TOMMY SAFER**, an individual,

      Plaintiff,

v.

**RH US, LLC**, a Delaware Limited Liability Company,

      Defendant,

_____/

## VERIFIED COMPLAINT

    Plaintiff Tommy Safer, an individual ("Plaintiff"), hereby sues Defendant RH US, LLC, a Delaware Limited Liability Company ("Defendant"), and alleges:

## NATURE OF THE ACTION

    1.    This is an action for breach of contract and breach of implied warranty of fitness for a particular purpose. Commencing on or about September 2022, Plaintiff entered into a sales and service agreement ("Agreement") with Defendant to decorate his house with furniture and other products sold by Defendant ("Furnishings").

    2.    In accordance with the Agreement, Defendant would provide a team of qualified interior designers to work with Plaintiff to come up with a plan for furnishing Plaintiff's house. In exchange Plaintiff agreed to buy Furnishings from Defendant that the design team hand-picked for the project.

3.    Defendant's design team visited Plaintiff's house approximately ten (10) different times to perform work on each of the rooms in the house and ordered close to $800,000.00 worth of Furnishings from Defendant's inventory.

4.    Pursuant to the agreement, Defendant assured Plaintiff that once the design team completed its work, Plaintiff would be completely satisfied with the result.

5.    After Defendant delivered the Furnishings, and upon installation, Defendant's design team conceded that it lacked prior experience handling a project of the magnitude of Plaintiff's house.

6.    Defendant's design team also conceded that it has never previously worked on a house that was similar in style to Plaintiff's house.

7.    Because of the size of the transaction, Defendant delivered the Furnishings over a three (3) day period, April 18, 19 and 20, 2023, to Plaintiff's home and arranged the Furnishings as the design team had planned.

8.    Despite the assurances and representations made by Defendant, the delivered Furnishings and overall design work fell short of the expectations set by Defendant's design team.

9.    On April 21, 2023, Plaintiff voiced his concern and requested a remedy.

10.    Plaintiff consulted with design experts in the industry, who concurred that Defendant's design team did not satisfy the industry standard on the totality of its design work.

11.    According to Defendant's return policy posted on its website, customers are allowed to return or exchange items within thirty (30) days of the delivery date if they are not "completely satisfied."

12.    Plaintiff engaged in numerous attempts to resolve the matter with Defendant's local team, as well as a regional representative, with little to no effort from Defendant to respond.

13.    Plaintiff is not completely satisfied, however Defendant has declined to accept a full return of the Furnishings.

14.    Plaintiff seeks (1) a declaratory judgment that the Agreement incorporates Defendant's return policy as stated on its website, (2) specific performance of accepting a return of the Furnishings delivered to Plaintiff and providing Plaintiff a full refund.

## PARTIES, JURISDICTION, AND VENUE

15.    Plaintiff, Tommy Safer, is an individual residing in Duval County, Florida.

16.    Defendant, RH is a Delaware limited liability company licensed to do business in Florida, with a store in Duval County, Florida.

17.    This Court has jurisdiction over this action because the amount in controversy exceeds $50,000, exclusive of interest, attorneys' fees, and costs.

18.    This Court has personal jurisdiction over Defendant in this action because Defendant conducts business in the State of Florida and venue is proper in this Court because Defendant conducts business in Duval County, Florida, and the cause of action accrued in Duval County, Florida.  Fla. Stat. § 47.011.

19.    All conditions precedent to this action have been performed or have been waived.

20.    Plaintiff retained the law firm of ABL Law, P.A. to represent him in this lawsuit and is obligated to pay ABL Law, P.A.'s reasonable attorneys' fees.

## FACTUAL ALLEGATIONS

21.    On or about September 15, 2022, Plaintiff entered into an agreement with Defendant to perform interior decoration/design work, and to furnish his house with Furnishings from Defendant.

22.    Plaintiff entered the Agreement to purchase Furnishings from Defendant for the express purpose of furnishing his dream home in a manner that complemented the opulent nature of the house.

23.    Plaintiff expressed this desire to Defendant's design team.

24.    Defendant understood this was the primary desire of Plaintiff and assigned a design team to work with Plaintiff to achieve that goal.

25.    Between on or about September 2022 and on or about April 2023, Plaintiff met with an interior design/decoration team from Defendant at Plaintiff's house approximately ten (10) times to discuss and develop plans for furnishing Plaintiff's house.

26.    The design team was led by Carlo Vignali ("Mr. Vignali"), and included Lisa Peterson ("Ms. Peterson"), and Alisa Inozemtseva ("Ms. Inozemtseva).

27.    Based on the meetings with Plaintiff, Defendant's design team devised a plan to furnish Plaintiff's house, and then selected the Furnishings to be delivered to Plaintiff's house without any further input from Plaintiff.

28.    Plaintiff did not individually select any of the Furnishings.

29.    On or about April 18, 19, and 20, 2023, Defendant delivered Furnishings to Plaintiff's house.

30.    On or about April 19, 2023, Mr. Vignali rejected some of the selections made by the design team and refused delivery of at least three (3) separate items as they were being placed.

31.    Mr. Vignali expressed to Plaintiff that Defendant would take back those Furnishings because they did not fit the design and space.

32.    On or about April 21, 2023, the Furnishings were in their final location according to Defendant's design team.

4

33.     On or about April 21, 2023, during the final walkthrough, Mr. Vignali expressed to Plaintiff that he was dissatisfied with the work of the design team and its selection of Furnishings.

34.     Mr. Vignali pointed out to Plaintiff several Furnishings previously selected by his own team that did not fit the house, and expressed to Plaintiff that the design team would fix the mistakes.

35.     The invoices for the Furnishings totaled approximately $800,000.00.  Copies of the invoices are attached hereto as **Composite Exhibit A.**

36.     The invoices Defendant provided to Plaintiff via email stated whether each individual item was able to be returned.  See Exhibit A.

37.     On or about April 21, 2023, Plaintiff spoke with Ms. Inozemtseva and expressed his lack of complete satisfaction.

38.     On or about April 21, 2023, Ms. Peterson sent Plaintiff a text message stating that Defendant would perform revisions.  Copies of text messages between Plaintiff, Ms. Inozemtseva and Ms. Peterson are attached hereto as **Composite Exhibit B**.

39.     On or about May 7, 2023, Plaintiff spoke with Ms. Peterson on the phone and inquired about Defendant's thirty (30) day return policy.  Ms. Peterson told Plaintiff that he would be ok to return items even if thirty (30) days have been exceeded.  See Exhibit B at p. 6.

40.     On or about May 9, 2023, Ms. Inozemtseva sent Plaintiff a text message requesting a design meeting with Plaintiff.  Id. at p. 4.

41.     On or about May 14, 2023, Plaintiff sent Ms. Peterson and Ms. Inozemtseva a text message to confirm Defendant's position on the return policy because the thirty (30) day deadline was approaching.  Id. at p. 6.

5

42.    Ms. Inozemtseva responded to Plaintiff on or about May 15, 2023, and told him not to worry about the thirty (30) days on Defendant's return policy.  Id. at p. 7.

43.    Ms. Peterson also responded to Plaintiff and explained that the thirty (30) day policy has been waived until the next design meeting between Plaintiff and Defendant.  Id.

44.    On or about June 21, 2023, Plaintiff met with an employee of Defendant, Rebecca Howsam ("Ms. Howsam"), at Plaintiff's house and expressed his desire to return all the Furnishings.

45.    On or about June 26, 2023, another employee of Defendant, Michele Griner ("Ms. Griner"), contacted Plaintiff to notify him that Defendant would only accept returns on some but not all of the Furnishings purchased.

46.    On or about June 30, 2023, Ms. Griner emailed Plaintiff a list of items for which Defendant would accept returns that totaled approximately $220,000.00.  A list of Furnishings approved by Defendant is attached hereto as **Exhibit C**.

47.    Among the Furnishings included in Defendant's approved return list are items identified in the invoices as ones that cannot be returned.  See Exhibits A and C.

48.    On or about July 4, 2023, Plaintiff emailed Ms. Griner a list of all the items he wished to return that incorporated Defendant's list and totaled approximately $560,00000. Plaintiff's list of Furnishings is attached hereto as **Exhibit D**.

49.    On or about July 5, 2023, without explanation or a policy reference, Ms. Griner told Plaintiff via email, that only the items from the list she sent were approved for return and that Defendant would not accept returns for the remainder of the items on Plaintiff's list.

50.    Defendant's return policy is posted on its website at https://rh.com/us/en/customer-service/return-policy.jsp.

51.    Defendant's return policy reads, in part, "If you are not completely satisfied with your purchase, please contact us to return or exchange your item(s) within 30 days of the delivery date, with proof of purchase."

52.    On October 17, 2023, Plaintiff, through counsel, provided notice to Defendant, requesting Defendant accept a return of the furniture purchased, and provide Plaintiff with a full refund.

**COUNT I**
**BREACH OF CONTRACT**

53.    The allegations in Paragraphs 1 – 52 are realleged and incorporated herein by reference.

54.    The Agreement between Plaintiff and Defendant incorporates the terms of Defendant's return policy as stated on its website at https://rh.com/us/en/customer-service/return-policy.jsp.

55.    This return policy was also acknowledged and confirmed by at least two of Defendant's employees, Ms. Peterson and Ms. Inozemtseva.

56.    According to Defendant's return policy, Plaintiff could return or exchange the Furnishings if Plaintiff was not "completely satisfied" if he contacted Defendant within thirty (30) days of delivery.

57.    On or about April 18, 19, and 20, 2023, Defendant delivered the Furnishings to Plaintiff's house.

58.    Upon seeing the Furnishings Defendant's design team selected and arranged in his house for the first time, Plaintiff was not completely satisfied, and notified Defendant on or about April 21, 2023, that he wanted to return the Furnishings.

59.     On multiple occasions in May 2023, Defendant confirmed its return policy, extended the deadline of its return policy, and expressed that the deadline had been waived with respect to Plaintiff's purchases.

60.     On or about July 5, 2023, Defendant breached the contract because it refused to accept returns of the Furnishings Plaintiff purchased, contrary to Defendant's own return policy, and Defendant's assurances that the return policy time limit had been waived.

61.     As a direct consequence of this breach, Plaintiff has suffered irreparable injury.

62.     Plaintiff is entitled to recover his attorneys' fees and costs incurred in this action.

WHEREFORE, Plaintiff Tommy Safer demands judgment against Defendant RH US, LLC all damages, in an amount to be proven at trial, plus interest, costs, and attorneys' fees, and such other and further relief as the Court deems just and proper.

## COUNT II
## BREACH OF IMPLIED WARRANTY
## OF FITNESS FOR PARTICULAR PURPOSE

63.     The allegations in Paragraphs 1 – 52 are realleged and incorporated herein by reference.

64.     Plaintiff entered the Agreement to purchase Furnishings from Defendant for the express purpose of furnishing his dream home in a manner that complemented the opulent nature of the house.

65.     Plaintiff expressed this purpose to Defendant, and Defendant assigned a design team for the purpose of achieving Plaintiff's stated purpose.

66.     By entering into the Agreement with Plaintiff after Plaintiff expressed his purpose, an implied warranty arose that the Furnishings delivered by Defendant would be fit for Plaintiff's particular purpose.

67.    Defendant entered into this Agreement with Plaintiff, despite Defendant's design team having never previously worked on a design project for a house as large as Plaintiff's, nor worked on a house that was similar in style to Plaintiff's house.

68.    Further, according to Defendant's website, Defendant will accept returns from customers if the customers are not "completely satisfied."

69.    By entering into the Agreement with Plaintiff, an implied warranty arose that the Furnishings delivered by Defendant would meet Plaintiff's complete satisfaction.

70.    Defendant's design team did not seek nor receive final approval from Plaintiff of the Furnishings it selected to be delivered to Plaintiff's house.

71.    The Furnishings delivered were not fit for Plaintiff's purpose in that they did not compliment the opulent nature of the house.

72.    The Furnishings delivered also did not meet Plaintiff's complete satisfaction.

73.    Additionally, even the head of Defendant's design team, Mr. Vignali, was not satisfied with the Furnishings the design team selected and refused to accept delivery of multiple items.

74.    As a result of Defendant's breach of implied warranty for a particular purpose, Plaintiff has suffered damages.

WHEREFORE, Plaintiff Tommy Safer demands judgment against Defendant RH US, LLC all damages, in an amount to be proven at trial, plus interest, costs, and attorneys' fees, and such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**ABL LAW, P.A.**

*/s/Daniel K. Bean*

9

Daniel K. Bean
Florida Bar No. 15539
Tucker J. Pryor
Florida Bar No. 1010304
100 N. Laura Street, Ste. 501
Jacksonville, FL 32202
*dbean@abljax.com*
*tpryor@abljax.com*
*pleadings@abljax.com*

**Attorneys for Plaintiff**

## **<u>VERIFICATION</u>**

I, **Tommy Safer**, am the Plaintiff identified in the above-styled litigation.  I am personally familiar with the facts contained herein and the documents attached to the Verified Complaint. Under penalty of perjury, I declare that I have read the foregoing, and the facts set out in the Verified Complaint are true and correct to the best of my knowledge, information, and belief, and the exhibits attached to the Complaint are true and correct copies of the originals.

_____
Tommy Safer

11

# COMPOSITE EXHIBIT A

# RH

## ORDER INFORMATION

RH INTERIOR DESIGN

Ordered on 10/19/2022

**OPEN**  |  Order #23861633  |  103 Lines  |  Design Support  |  **RH MEMBER** #101335533

| Account Sold To | Billing | Shipping 1 of 3 ▾ | Payment Details | |
|---|---|---|---|---|
| Tommy Safer | | | Item(s) Subtotal | $167,011.50 |
| | | | Freight | $338.00 |
| | | | Additional Freight | $0.00 |
| | | | Handling | $0.00 |
| **HDC Market** 1 of 2 ▾ | | | Addt'l Charges | $0.00 |
| | | | Addt'l Charges Credited | ($0.00) |
| Market 10, Tampa | | | Mattress Recycling Fee | $0.00 |
| Sunday - Saturday 8AM-7PM PST | | | Tax | $12,502.58 |
| 833.971.2952 | | | | |

**Order Total**  USD **$179,852.08**

Deposit  $42,391.50

**Balance Due**  $0.00

▭ View Payment Methods

## ITEM INFORMATION

---



SHIPPING 1

### 19TH C. ROCOCO IRON & CRYSTAL ROUND CHANDELIER 33"

| | | |
|---|---|---|
| ITEM # | 68060230 ABRS | |
| FINISH: | Antiqued Brass/Clear Crystal | MEMBER $2,163.00 |
| SIZE: | 33" | QUANTITY 1 of 1 |

Group 0    Order Line 1

**CANCELED**

White Glove Furniture Delivery (ship via 6)

---



SHIPPING 1

### CABANA STRIPE BEACH TOWEL

| | | |
|---|---|---|
| ITEM # | 10037829 BLCK | MEMBER $66.00 |
| COLOR: | Black | QUANTITY 10 of 10 |

Group 0    Order Line 2

**DELIVERED**
Delivered 4/19/2023

Mid-Tier Furniture Delivery (ship via 5)
DC: 89, Ohio
Delivery Checklist 2132191841

---



SHIPPING 1

### ARCHITECTURAL SHADOW-BOX MIRROR FLOOR MIRROR

| | | |
|---|---|---|
| ITEM # | 10033765 BRS | MEMBER $2,021.00 |
| FINISH: | Brass | QUANTITY 2 of 2 |
| SIZE: | 42" x 78" | |

Group 0    Order Line 3

**DELIVERED**
Delivered 4/18/2023

White Glove Furniture Delivery (ship via 6)
DC: 95, Patterson
Delivery Checklist 2120395626

SHIPPING 1                 Group 0    Order Line 4

IMAGE AVAILABLE SOON

### METAL PLINTH MD BRZ

ITEM #   10070543 BRZ

| | |
|---|---|
| MEMBER | $1,121.00 |
| QUANTITY | 2 of 2 |

**RETURN INITIATED**
Return Authorization Created 4/24/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore

---

SHIPPING 1                 Group 0    Order Line 5

### TRAVERTINE BOWL

| | | | |
|---|---|---|---|
| ITEM # | 10085020 NATT | MEMBER | $487.00 |
| | | QUANTITY | 2 of 4 |
| SIZE: | Small | | |

**RETURN COMPLETED**

White Glove Furniture Delivery (ship via 6)
DC: 95, Patterson

---

SHIPPING 1                 Group 0    Order Line 6

### ULTRA-LOW PROFILE RUG PAD

| | | | |
|---|---|---|---|
| ITEM # | 10093554 NONE | MEMBER | $131.00 |
| | | QUANTITY | 2 of 2 |
| SIZE: | 9' x 12' | | |

**DELIVERED**
Delivered 4/18/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2044697051

---

SHIPPING 1                 Group 0    Order Line 7

### ISLA ANTIQUED OUSHAK RUG

| | | | |
|---|---|---|---|
| ITEM # | 10012217 BLSA | FINAL SALE | $2,460.00 |
| | | QUANTITY | 2 of 2 |
| COLOR: | Black/Sand | | |
| SIZE: | 9' x 12' | | |

**RETURN COMPLETED**

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore

---

SHIPPING 1                 Group 0    Order Line 8

### CHAMPEAUX PIVOTING SPOTLIGHT

| | | | |
|---|---|---|---|
| ITEM # | 68140792 BRZ | MEMBER | $348.00 |
| | | QUANTITY | 6 of 6 |
| FINISH: | Bronze | | |

**DELIVERED**
Delivered 4/19/2023

Mid-Tier Furniture Delivery (ship via 5)
DC: 89, Ohio
Delivery Checklist 2132191841

---

SHIPPING 1                 Group 0    Order Line 9

**Special Order**

### REX ROUND OTTOMAN - OAK BASE

| | | | |
|---|---|---|---|
| ITEM # | 10045868 BLWH | MEMBER | $971.00 |
| | | QUANTITY | 8 of 8 |
| FINISH: | Brown Oak | | |
| SIZE: | 20" | | |
| FABRIC: | Belgian Linen | | |
| COLOR: | White | | |

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2060276259



SHIPPING 1                                                                                              Group 0    Order Line 11

### INFINITY BOWL

| ITEM # | 10001526 STNE | MEMBER | $292.00 | **RETURN COMPLETED** |
| QUANTITY | | | 2 of 2 | |

SIZE:            Small

Mid-Tier Furniture Delivery (ship via 5)
DC: 89, Ohio

---

SHIPPING 1                                                                                              Group 0    Order Line 12

### FRENCH EMPIRE ETCHED URN

| ITEM # | 10060073 BLK | MEMBER | $1,233.00 | **RETURN COMPLETED** |
| QUANTITY | | | 2 of 4 | |

SIZE:            Large

Mid-Tier Furniture Delivery (ship via 5)
DC: 89, Ohio

---

SHIPPING 1                                                                                              Group 0    Order Line 13

### VELVET OUSHAK DIAMOND PILLOW COVER - LUMBAR

| ITEM # | 16120262 NOCT | MEMBER | $269.00 | **DELIVERED** |
| QUANTITY | | | 6 of 6 | Delivered 4/19/2023 |

COLOR:           Fog/Dark Nocturne
STYLE:           Velvet Oushak
                 Diamond
SIZE:            13" x 21"

Mid-Tier Furniture Delivery (ship via 5)
DC: 89, Ohio
Delivery Checklist 2132191841

---

SHIPPING 1                                                                                              Group 0    Order Line 14

### KLISMOS CAST ALUMINUM RECTANGULAR COFFEE TABLE

| ITEM # | 64380011 IRON | MEMBER | $1,218.00 | **DELIVERED** |
| QUANTITY | | | 2 of 2 | Delivered 4/19/2023 |

FINISH:          Iron

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2044697051

---

SHIPPING 1                              Special Order                                                   Group 14    Order Line 15

### MODENA CHESTERFIELD LEFT-ARM RETURN SOFA

| ITEM # | 10081865 BWWT | MEMBER | $7,796.00 | **DELIVERED** |
| QUANTITY | | | 1 of 1 | Delivered 4/19/2023 |

DEPTH:           Luxe
SIZE:            10'
FINISH:          Espresso Oak
FILL:            Standard
SEAT HEIGHT:     Standard
COLOR:           White
FABRIC:          Perennials
                 Performance
                 Textured Linen Weave

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2059377679



SHIPPING 1     Special Order     Group 14     Order Line 17

## MODENA CHESTERFIELD RIGHT-ARM SOFA

| ITEM # | 10081496 BWWT | MEMBER | $6,971.00 |
| | | QUANTITY | 1 of 1 |

DEPTH:         Luxe
FINISH:        Espresso Oak
FILL:          Standard
SEAT HEIGHT:   Standard
COLOR:         White
SIZE:          9'
FABRIC:        Perennials
               Performance
               Textured Linen Weave

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2059377679

---

SHIPPING 1     Special Order     Group 14     Order Line 19

## MODENA CHESTERFIELD RIGHT-ARM RETURN SOFA

| ITEM # | 10081444 BWWT | MEMBER | $7,796.00 |
| | | QUANTITY | 1 of 1 |

DEPTH:         Luxe
SIZE:          10'
FINISH:        Espresso Oak
FILL:          Standard
SEAT HEIGHT:   Standard
COLOR:         White
FABRIC:        Perennials
               Performance
               Textured Linen Weave

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2059377679

---

SHIPPING 1     Special Order     Group 14     Order Line 21

## MODENA CHESTERFIELD LEFT-ARM SOFA

| ITEM # | 10081079 BWWT | MEMBER | $6,971.00 |
| | | QUANTITY | 1 of 1 |

DEPTH:         Luxe
FINISH:        Espresso Oak
FILL:          Standard
SEAT HEIGHT:   Standard
COLOR:         White
SIZE:          9'
FABRIC:        Perennials
               Performance
               Textured Linen Weave

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2059377679

---



SHIPPING 1     Special Order     Group 16     Order Line 23

## KLISMOS OTTOMAN CUSHION

| ITEM # | 64380016 WWCB | MEMBER | $337.00 |
| | | QUANTITY | 4 of 4 |

COLOR:         White/Black
FABRIC:        Perennials
               Performance
               Textured Linen
               Weave with Contrast
               Piping

**DELIVERED**
Delivered 4/19/2023

Mid-Tier Furniture Delivery (ship via 5)
DC: 98, Baltimore
Delivery Checklist 2114768358

SHIPPING 1                                                                                    Group 15     Order Line 25

Product

### KLISMOS CAST ALUMINUM OTTOMAN

| | | | |
|---|---|---|---|
| ITEM # | 64380002 IRON | MEMBER | $618.00 |
| | | QUANTITY | 4 of 4 |
| FINISH: | Iron | | |
| DEPTH: | Luxe | | |

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2044697051

---

SHIPPING 1                                                                                    Group 15     Order Line 26

Special Order

### KLISMOS LOUNGE CHAIR CUSHIONS

| | | | |
|---|---|---|---|
| ITEM # | 64380015 WWCB | MEMBER | $596.00 |
| | | QUANTITY | 4 of 4 |
| COLOR: | White/Black | | |
| FABRIC: | Perennials Performance Textured Linen Weave with Contrast Piping | | |

**DELIVERED**
Delivered 4/19/2023

Mid-Tier Furniture Delivery (ship via 5)
DC: 98, Baltimore
Delivery Checklist 2114768358

---

SHIPPING 1                                                                                    Group 15     Order Line 28

Product

### KLISMOS CAST ALUMINUM LOUNGE CHAIR

| | | | |
|---|---|---|---|
| ITEM # | 64380001 IRON | MEMBER | $1,218.00 |
| | | QUANTITY | 4 of 4 |
| FINISH: | Iron | | |
| DEPTH: | Luxe | | |

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2044697051

---

SHIPPING 1                                                                                    Group 0     Order Line 29

### KLISMOS CAST ALUMINUM SQUARE SIDE TABLE

| | | | |
|---|---|---|---|
| ITEM # | 64380008 IRON | MEMBER | $637.00 |
| | | QUANTITY | 4 of 4 |
| FINISH: | Iron | | |

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 97, LA
Delivery Checklist 2044697051

---

SHIPPING 1                                                                                    Group 17     Order Line 30

Special Order

### KLISMOS CHAISE CUSHIONS

| | | | |
|---|---|---|---|
| ITEM # | 64380019 WWCB | MEMBER | $768.00 |
| | | QUANTITY | 4 of 4 |
| COLOR: | White/Black | | |
| FABRIC: | Perennials Performance Textured Linen Weave with Contrast Piping | | |

**DELIVERED**
Delivered 4/19/2023

Mid-Tier Furniture Delivery (ship via 5)
DC: 98, Baltimore
Delivery Checklist 2114768358

---

SHIPPING 1                                                                                    Group 17     Order Line 32

### KLISMOS CAST ALUMINUM CHAISE

| | | | |
|---|---|---|---|
| ITEM # | 64380006 IRON | MEMBER | $1,871.00 |
| | | QUANTITY | 4 of 4 |
| FINISH: | Iron | | |

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 97, LA
Delivery Checklist 2044697051



SHIPPING 1

Group 0   Order Line 33

### KLISMOS CAST ALUMINUM ROUND DINING TABLE

| | |
|---|---|
| ITEM # | 64380009 IRON |
| FINISH: | Iron |
| SIZE: | 48" diam. |

MEMBER $1,946.00
QUANTITY 2 of 2

**DELIVERED**
Delivered 4/19/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2044697051

---



SHIPPING 1

Group 0   Order Line 34

### ITALIAN TRAVERTINE PLINTH SQUARE PLANTER

| | |
|---|---|
| ITEM # | 10104877 NATT |
| FINISH: | Italian Classico Travertine |
| SIZE: | A: 20" sq., 20"H |

MEMBER $2,471.00
QUANTITY 4 of 4

**DELIVERED**
Delivered 4/18/2023

White Glove Furniture Delivery (ship via 6)
DC: 97, LA
Delivery Checklist 2120395626

---



SHIPPING 1

Group 0   Order Line 35

### ITALIAN TRAVERTINE PLINTH SQUARE PLANTER

| | |
|---|---|
| ITEM # | 10104876 NATT |
| FINISH: | Italian Classico Travertine |
| SIZE: | B: 24" sq., 24"H |

MEMBER $3,296.00
QUANTITY 4 of 4

**DELIVERED**
Delivered 4/18/2023

White Glove Furniture Delivery (ship via 6)
DC: 97, LA
Delivery Checklist 2120395626

---



SHIPPING 1

Group 0   Order Line 36

### LOUIS PHILIPPE GILT FLOOR MIRROR

| | |
|---|---|
| ITEM # | 10028366 GOLD |
| FINISH: | Gold Gilt |
| SIZE: | 42" x 78" |

MEMBER $1,496.00
QUANTITY 1 of 1

**DELIVERED**
Delivered 4/18/2023

White Glove Furniture Delivery (ship via 6)
DC: 98, Baltimore
Delivery Checklist 2120395626

---



SHIPPING 1

Group 0   Order Line 37

### PREMIUM DOWN-ALTERNATIVE PILLOW INSERTS

| | |
|---|---|
| ITEM # | 16100015 WHT |
| SIZE: | 13" x 21" |

MEMBER $19.00
QUANTITY 16 of 16

**DELIVERED**
Delivered 4/19/2023

Mid-Tier Furniture Delivery (ship via 5)
DC: 89, Ohio
Delivery Checklist 2132191841

---



SHIPPING 1

Group 0   Order Line 38

### VELVET OUSHAK SOLID PILLOW COVER - LUMBAR

| | |
|---|---|
| ITEM # | 16120213 NOCT |
| COLOR: | Dark Nocturne |
| STYLE: | Velvet Oushak Solid |
| SIZE: | 13" x 21" |

MEMBER $171.00
QUANTITY 10 of 10

**DELIVERED**
Delivered 4/19/2023

Mid-Tier Furniture Delivery (ship via 5)
DC: 89, Ohio
Delivery Checklist 2132191841

SHIPPING 1                                                                Group 0   Order Line 39

### 19TH C. ROCOCO IRON & CRYSTAL LARGE CHANDELIER - ANTIQUED BRASS

| ITEM # | 102489 ABRS | MEMBER | $2,009.00 | **DELIVERED** |
| | | QUANTITY | 2 of 2 | Delivered 3/7/2023 |
| FINISH: | Antiqued Brass | | | |

White Glove Furniture Delivery (ship via 6)
DC: 95, Patterson
Delivery Checklist 2120395626

---

SHIPPING 1    Special Order                                               Group 0   Order Line 40

### ETCHED BRASS ABSTRACT ART 3 - LARGE



| ITEM # | 10113687 BLK | MEMBER | $821.00 | **CANCELED** |
| | | QUANTITY | 1 of 1 | |
| SIZE: | 30" x 30" | | | Ground (ship via 1) |

---

SHIPPING 1    Special Order                                               Group 0   Order Line 42

### ETCHED BRASS ABSTRACT ART 2 - LARGE

| ITEM # | 10113688 BLK | MEMBER | $821.00 | **CANCELED** |
| | | QUANTITY | 1 of 1 | |
| SIZE: | 30" x 30" | | | Ground (ship via 1) |

---

SHIPPING 1    Special Order                                               Group 0   Order Line 44

### ETCHED BRASS ABSTRACT ART 1 - LARGE

| ITEM # | 10113683 BLK | MEMBER | $821.00 | **CANCELED** |
| | | QUANTITY | 1 of 1 | |
| SIZE: | 30" x 30" | | | Ground (ship via 1) |

---

SHIPPING 1    Special Order                                               Group 14   Order Line 46

### MODENA CHESTERFIELD CHAIR WITH TUFTED SEAT

| ITEM # | 10104522 BWWT | MEMBER | $4,571.00 | **DELIVERED** |
| | | QUANTITY | 4 of 4 | Delivered 4/20/2023 |
| FINISH: | Espresso Oak | | | |
| DEPTH: | Petite | | | White Glove Furniture Delivery (ship via 6) |
| SEAT HEIGHT: | Standard | | | DC: 98, Baltimore |
| COLOR: | White | | | Delivery Checklist 2059377679 |
| FABRIC: | Perennials | | | |
| | Performance | | | |
| | Textured Linen Weave | | | |

---

SHIPPING 1                                                                Group 0   Order Line 48

### THADDEUS GLASS ROUND SIDE TABLE

| ITEM # | 10072131 GLBR | MEMBER | $2,516.00 | **DELIVERED** |
| | | QUANTITY | 2 of 2 | Delivered 4/21/2023 |
| FINISH: | Forged Brass | | | |
| SIZE: | 22" diam. | | | White Glove Furniture Delivery (ship via 6) |
| | | | | DC: 98, Baltimore |
| | | | | Delivery Checklist 2044697051 |

SHIPPING 1                                                                                                      Group 0   Order Line 49

SIMPLE ROUND BOWL MD BRS

ITEM # 42450089 BRS                    FINAL SALE  $134.00                        **DELIVERED**
                                       QUANTITY   2 of 2                          Delivered 4/19/2023


IMAGE AVAILABLE SOON

                                                                                 Mid-Tier Furniture Delivery (ship via 5)
                                                                                 DC: 89, Ohio
                                                                                 Delivery Checklist 2132191841

---

SHIPPING 1                                                                                                      Group 0   Order Line 50

SIMPLE ROUND BOWL LG BRS

ITEM # 42450088 BRS                    FINAL SALE  $154.00                        **RETURN COMPLETED**
                                       QUANTITY   2 of 2


IMAGE AVAILABLE SOON

                                                                                 Mid-Tier Furniture Delivery (ship via 5)
                                                                                 DC: 89, Ohio

---

SHIPPING 1        Special Order                                                                                 Group 18  Order Line 51

BALMAIN TEAK BAR & COUNTER STOOL CUSHIONS

ITEM #          10118931 CLWT          MEMBER     $262.00                         **DELIVERED**
                                       QUANTITY   5 of 5                          Delivered 4/20/2023

CUSHION FILL:   Quick-Dry
COLOR:          White                                                            Mid-Tier Furniture Delivery (ship via 5)
FABRIC:         Perennials                                                       DC: 98, Baltimore
                Performance Classic                                              Delivery Checklist 2126264954
                Linen Weave

---

SHIPPING 1                                                                                                      Group 18  Order Line 53

BALMAIN ALUMINUM BAR & COUNTER STOOL

ITEM #          10005778 IRON          MEMBER     $881.00                         **DELIVERED**
                                       QUANTITY   5 of 5                          Delivered 4/21/2023

FINISH:         Iron                                                             White Glove Furniture Delivery (ship via 6)
ITEM:           Barstool                                                         DC: 98, Baltimore
                                                                                 Delivery Checklist 2044697051

---

SHIPPING 1        Special Order                                                                                 Group 0   Order Line 54

MODENA CHESTERFIELD ARMLESS SOFA

ITEM #          10081801 VPTB          MEMBER     $4,421.00                       **DELIVERED**
                                       QUANTITY   2 of 2                          Delivered 4/20/2023

DEPTH:          Classic
FINISH:         Espresso Oak                                                     White Glove Furniture Delivery (ship via 6)
FABRIC:         Lustrous Velvet                                                  DC: 98, Baltimore
SIZE:           5'                                                               Delivery Checklist 2005615684
COLOR:          Twilight
FILL:           Standard
SEAT HEIGHT:    Standard

---

SHIPPING 1                                                                                                      Group 21  Order Line 56

AERO WOOD BISTRO TABLE

ITEM #          10006556 BKBR          MEMBER     $2,527.00                       **DELIVERED**
                                       QUANTITY   2 of 2                          Delivered 4/21/2023

FINISH:         Black Oak/Antiqued
                Brass                                                            White Glove Furniture Delivery (ship via 6)
SIZE:           42" diam. Bistro
                Table

SHIPPING 1                    Special Order                                          Group 0    Order Line 59



BSA/BTA SIDE CHR BWBK

ITEM #  64040012 BWBK                    MEMBER    $1,087.00                **DELIVERED**
                                          QUANTITY  4 of 4                  Delivered 4/20/2023

                                                                  Mid-Tier Furniture Delivery (ship via 5)
                                                                                      DC: 97, LA
                                                                      Delivery Checklist 2133826870

---

SHIPPING 1                    Special Order                                          Group 0    Order Line 61



ITALIAN CLASSICAL INTAGLIOS - VERTICAL IV

ITEM #  10102199 GLDB                    MEMBER    $543.00                  **CANCELED**
                                          QUANTITY  2 of 2

                                                                          Ground (ship via 1)

---

SHIPPING 1                    Special Order                                          Group 0    Order Line 63



ITALIAN CLASSICAL INTAGLIOS - VERTICAL III

ITEM #  10102205 GLDB                    MEMBER    $543.00                  **CANCELED**
                                          QUANTITY  2 of 2

                                                                          Ground (ship via 1)

---

SHIPPING 1                    Special Order                                          Group 0    Order Line 65



ITALIAN CLASSICAL INTAGLIOS - VERTICAL II

ITEM #  10102200 GLDB                    MEMBER    $543.00                  **CANCELED**
                                          QUANTITY  2 of 2

                                                                          Ground (ship via 1)

---

SHIPPING 1                    Special Order                                          Group 0    Order Line 67



ITALIAN CLASSICAL INTAGLIOS - VERTICAL I

ITEM #  10102204 GLDB                    MEMBER    $543.00                  **CANCELED**
                                          QUANTITY  2 of 2

                                                                          Ground (ship via 1)

---

SHIPPING 1                    Special Order                                          Group 0    Order Line 69



ITALIAN CLASSICAL INTAGLIOS - VERTICAL VI

ITEM #  10102195 GLDB                    MEMBER    $543.00                  **CANCELED**
                                          QUANTITY  1 of 1

                                                                          Ground (ship via 1)

---

SHIPPING 1                    Special Order                                          Group 0    Order Line 71

ITALIAN CLASSICAL INTAGLIOS - VERTICAL V

ITEM #  10102194 GLDB                    MEMBER    $543.00                  **CANCELED**
                                          QUANTITY  1 of 1

                                                                          Ground (ship via 1)



SHIPPING 1

Group 0    Order Line 73

### HANDCRAFTED METAL TRAY

| ITEM # | 41120147 BRS | MEMBER | $225.00 | **RETURN COMPLETED** |
| FINISH: | Antiqued Brass | QUANTITY | 1 of 1 | Mid-Tier Furniture Delivery (ship via 5) |
| | | | | DC: 89, Ohio |

---

SHIPPING 1

Group 27    Order Line 74

### BOM RHYS GLS PRISM FLR IRON

| ITEM # | 68270783 IRON | FINAL SALE | $1,660.00 | **RETURN COMPLETED** |
| | | QUANTITY | 2 of 2 | White Glove Furniture Delivery (ship via 6) |

---

SHIPPING 1

Group 0    Order Line 77

### ST. JAMES PANEL SIDEBOARD WITH DRAWERS

| ITEM # | 62780047 ANTB | MEMBER | $2,688.00 | **RETURN COMPLETED** |
| FINISH: | Antiqued Black | QUANTITY | 1 of 1 | White Glove Furniture Delivery (ship via 6) |
| | | | | DC: 95, Patterson |

---

SHIPPING 1

**No Charge Replacement**

Group 0    Order Line 79

### FRENCH EMPIRE ETCHED URN

| ITEM # | 10060073 BLK | MEMBER | $0.00 | **DELIVERED** |
| SIZE: | Large | QUANTITY | 1 of 1 | Delivered 3/31/2023 |
| | | | | DC Special Handling (ship via 77) |
| | | | | 619328020902 |
| | | | | DC: 89, Ohio |

---

SHIPPING 1

**No Charge Replacement**

Group 0    Order Line 80

### METAL PLINTH MD BRS

| ITEM # | 10070543 BRS | MEMBER | $0.00 | **READY TO BE SCHEDULED** |
| | | QUANTITY | 2 of 2 | Ready To Be Scheduled since 6/9/2023 |
| | | | | White Glove Furniture Delivery (ship via 6) |
| | | | | DC: 95, Patterson |
| | | | | Delivery Checklist 2131823238 |

---

SHIPPING 2

**Special Order**

Group 0    Order Line 1

### ETCHED BRASS ABSTRACT ART 3 - LARGE

| ITEM # | 10113687 BLK | MEMBER | $821.00 | **DELIVERED** |
| SIZE: | 30" x 30" | QUANTITY | 1 of 1 | Delivered 11/29/2022 |
| | | | | Ground (ship via 1) |
| | | | | 1Z18489A0398346735 |
| | | | | Delivery Checklist 974642453 |

---

SHIPPING 2

**Special Order**

Group 0    Order Line 3

### ETCHED BRASS ABSTRACT ART 2 - LARGE

| ITEM # | 10113688 BLK | MEMBER | $821.00 | **DELIVERED** |
| SIZE: | 30" x 30" | QUANTITY | 1 of 1 | Delivered 11/29/2022 |
| | | | | Ground (ship via 1) |
| | | | | 1Z18489A0398346735 |
| | | | | Delivery Checklist 974642453 |



SHIPPING 2          Special Order                                           Group 0    Order Line 5

ETCHED BRASS ABSTRACT ART 1 - LARGE

ITEM #        10113683 BLK              MEMBER    $821.00                    **DELIVERED**
                                       QUANTITY  1 of 1                     Delivered 11/29/2022
SIZE:         30" x 30"
                                                                           Ground (ship via 1)
                                                                           1Z18489A0398346735
                                                                           Delivery Checklist 974642453

---

SHIPPING 2          Special Order                                           Group 0    Order Line 7



ITALIAN CLASSICAL INTAGLIOS - VERTICAL IV

ITEM #  10102199 GLDB                  MEMBER    $543.00                    **DELIVERED**
                                       QUANTITY  2 of 2                     Delivered 1/10/2023

                                                                           Ground (ship via 1)
                                                                           1Z81198E0394069418
                                                                           Delivery Checklist 583452393

---

SHIPPING 2          Special Order                                           Group 0    Order Line 9



ITALIAN CLASSICAL INTAGLIOS - VERTICAL III

ITEM #  10102205 GLDB                  MEMBER    $543.00                    **RETURN COMPLETED**
                                       QUANTITY  2 of 2
                                                                           Ground (ship via 1)

---

SHIPPING 2          Special Order                                           Group 0    Order Line 11



ITALIAN CLASSICAL INTAGLIOS - VERTICAL II

ITEM #  10102200 GLDB                  MEMBER    $543.00                    **RETURN COMPLETED**
                                       QUANTITY  2 of 2
                                                                           Ground (ship via 1)

---

SHIPPING 2          Special Order                                           Group 0    Order Line 13



ITALIAN CLASSICAL INTAGLIOS - VERTICAL I

ITEM #  10102204 GLDB                  MEMBER    $543.00                    **DELIVERED**
                                       QUANTITY  2 of 2                     Delivered 1/10/2023

                                                                           Ground (ship via 1)
                                                                           1Z81198E0394069418
                                                                           Delivery Checklist 583452393

---

SHIPPING 2          Special Order                                           Group 0    Order Line 15

ITALIAN CLASSICAL INTAGLIOS - VERTICAL VI

ITEM #  10102195 GLDB                  MEMBER    $543.00                    **DELIVERED**
                                       QUANTITY  1 of 1                     Delivered 1/10/2023

                                                                           Ground (ship via 1)
                                                                           1Z81198E0394069418
                                                                           Delivery Checklist 583452393

SHIPPING 2 | Special Order | Group 0 | Order Line 17



## ITALIAN CLASSICAL INTAGLIOS - VERTICAL V

ITEM # 10102194 GLDB

MEMBER $543.00
QUANTITY 1 of 1

**DELIVERED**
Delivered 1/10/2023

Ground (ship via 1)
1Z81198E0394069418
Delivery Checklist 583452393

---

SHIPPING 2 | Special Order   I   No Charge Replacement | Group 0 | Order Line 19



## ITALIAN CLASSICAL INTAGLIOS - VERTICAL III

ITEM # 10102205 GLDB

MEMBER $0.00
QUANTITY 2 of 2

**DELIVERED**
Delivered 2/13/2023

Ground (ship via 1)
1Z81198E0390867625
Delivery Checklist 846168322

**To:**
**Subject: RH Order Confirmation - Order #23758368**



# ORDER CONFIRMATION

### ORDER #23758368

Dear Tommy Safer,

Thank you for shopping at RH. Your order for the following items has been placed.

### SHIPPING

TOMMY SAFER

### BILLING

TOMMY SAFER

| | PRICE | QTY | TOTAL |
|---|---|---|---|
|  **T6 TUBE AMBER CANDELABRA FILAMENT LED BULB 2.5W** <br><br> ITEM # 10011773 AMBR <br> SET SIZE Single | $0.00 | 8 | $0.00 |

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

**RETURNS**

| | | | | |
|---|---|---|---|---|
| Unlimited Furniture Delivery ‣ | | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ | | |

**RH**MODERN



TORPEDO CANDELABRA FILAMENT LED BULB

$0.00   10   $0.00

ITEM # 10060296 CLR
WATTAGE 4W

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Standard Delivery Shipping ‣

1-day (1 to 2 business days)

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

**RH**MODERN



LUXURY EVERLOFT® DOWN-ALTERNATIVE PILLOW

$183.00   2   $366.00

ITEM # 14430007 WHT
SIZE 20" x 36" (King)
FILL Medium

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

**RH**MODERN

ITALIAN BOLD BORDER COTTON SHAM

$119.00   4   $476.00



ITEM # 14260766 NAVY
SIZE King
COLOR Indigo

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



ITALIAN BOLD BORDER COTTON DUVET COVER          $329.00     2     $658.00

ITEM # 14260750 NAVY
SIZE King
COLOR Indigo

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



ITALIAN BOLD BORDER COTTON PILLOWCASES
(SET OF 2)          $119.00     2     $238.00

ITEM # 14260738 NAVY
SIZE King
COLOR Indigo

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RHMODERN

$366.00    2    $732.00

ITEM # 14260726 NAVY

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH



ADDISON ROUND DINING TABLE

$4,732.00    1    $4,732.00

ITEM # 10025148 WBRN
SIZE 60" diam.
FINISH Waxed Brown Oak/Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH

VINTAGE FRENCH SQUARE BACK FABRIC DINING SIDE CHAIR

$551.00    5    $2,755.00



ITEM # 62930633 BWNT
FINISH Brown Oak Drifted
FABRIC Perennials Performance Textured Linen Weave
COLOR Natural

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH



19TH C. ENGLISH OPENWORK PENDANT 12"     $596.00     2     $1,192.00

ITEM # 68080272 GILD
SIZE 12"
FINISH Gilded Iron

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RHMODERN



HAMMERED SOLID BRASS BOWL - EXTRA-LARGE     $390.00     1     $390.00

ITEM # 40410161 BRS
SIZE Extra-Large

**AVAILABILITY**

**DELIVERY**

**RETURNS**

6

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



### VINTAGE FRENCH ROUND FABRIC BAR & COUNTER STOOL

$558.00    3    $1,674.00

ITEM # 62930639 BWNT
ITEM Counter Stool
FINISH Brown Oak Drifted
FABRIC Perennials Performance Textured Linen Weave
COLOR Natural

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



### CAYDEN CAMPAIGN PANEL 4-DOOR DINING SIDEBOARD WITH CENTER DRAWERS

$4,496.00    1    $4,496.00

ITEM # 10029701 WBRN
SIZE 80"W
FINISH Waxed Brown Oak/Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH MODERN

### 19TH C. ROCOCO IRON & CRYSTAL ROUND CHANDELIER 28"

$1,848.00    1    $1,848.00



ITEM # 68060279 ABRS
SIZE 28"
FINISH Antiqued Brass/Clear Crystal

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH

HANDCRAFTED METAL TRAY                    $225.00    1    $225.00

ITEM # 41120147 BRS
FINISH Antiqued Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RHMODERN

HAMMERED SOLID BRASS BOWL - MEDIUM        $240.00    2    $480.00

ITEM # 40410159 BRS
SIZE Medium

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery ▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** MODERN



HAMMERED SOLID BRASS BOWL

$123.00      2      $246.00

ITEM # 40410158 BRS
SIZE Small

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

**RH** MODERN



OPALE WOOL RUG

$11,211.00     1     $11,211.00

ITEM # 10014610 TRFF
SIZE 9' x 12'
COLOR Truffle

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** MODERN

PREMIUM FELT RUG PAD

$183.00     1     $183.00



ITEM # 10093521 NONE
SIZE 9' x 12'

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RHMODERN



### MODENA CHESTERFIELD SOFA

$5,996.00    1    $5,996.00

ITEM # 10080934 BLDV
DEPTH Luxe
SIZE 8'
SEAT HEIGHT Standard
FILL Standard
FINISH Espresso Oak
FABRIC Belgian Linen
COLOR Dove

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RHMODERN

MODENA CHESTERFIELD COFFEE OTTOMAN WITH TUFTED SEAT

$1,871.00    1    $1,871.00



ITEM # 10105299 BLDV
SEAT HEIGHT Standard
FINISH Espresso Oak
FABRIC Belgian Linen
COLOR Dove

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHBABY&CHILD



19TH C. ROCOCO IRON & CRYSTAL LARGE CHANDELIER - ANTIQUED BRASS

$2,009.00    1    $2,009.00

ITEM # 102489 ABRS
FINISH Antiqued Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



20TH C. ENGLISH BRASS BAR PULL PANEL 6-DOOR SIDEBOARD

$3,217.00    1    $3,217.00

ITEM # 61460461 BRWN
SIZE 89¾"W x 17½"D x 36"H
FINISH Brown Oak

**AVAILABILITY**

**DELIVERY**

**RETURNS**

11

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



### THADDEUS GLASS SQUARE SIDE TABLE

$1,777.00    2    $3,554.00

ITEM # 61380795 GLBR
SIZE 18" sq.
FINISH Forged Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



### FRENCH CONTEMPORARY SLOPE WINGBACK CHAIR

$2,771.00    2    $5,542.00

ITEM # 10007370 VPSB
DEPTH Classic
FINISH Brushed Brown Oak
FABRIC Lustrous Velvet
COLOR Slate Blue

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH MODERN

### VELVET OUSHAK VINE PILLOW COVER - LUMBAR

$269.00    2    $538.00



ITEM # 16120235 NOCT
STYLE Velvet Oushak Vine
SIZE 13" x 21"
COLOR Fog/Dark Nocturne

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH MODERN



VELVET OUSHAK VINE PILLOW COVER - SQUARE     $321.00     2     $642.00

ITEM # 16120225 NOCT
STYLE Velvet Oushak Vine
SIZE 24" x 24"
COLOR Fog/Dark Nocturne

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH MODERN



VELVET OUSHAK SOLID PILLOW COVER - LUMBAR     $171.00     2     $342.00

ITEM # 16120213 NOCT
STYLE Velvet Oushak Solid
SIZE 13" x 21"
COLOR Dark Nocturne

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



PREMIUM DOWN-ALTERNATIVE PILLOW INSERT          $19.00     5     $95.00

ITEM # 16100015 WHT
SIZE 13" x 21"

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



PREMIUM DOWN-ALTERNATIVE PILLOW INSERT          $28.00     2     $56.00

ITEM # 16100020 WHT
SIZE 24" x 24"

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN

Z_END DATED_ITALIAN SIENA LAMB'S WOOL, SILK & CASHMERE THROW          $741.00     1     $741.00



ITEM # 10004259 FOG
SIZE 96" x 71"
COLOR Fog

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

RH



THADDEUS MARBLE ROUND SIDE TABLE    $2,351.00    1    $2,351.00

ITEM # 10072130 MRBR
SIZE 22" diam.
FINISH Sandblasted Italian Carrara Marble/Forged Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

RHMODERN



ETCHED BRASS SHAGREEN TRAY    $326.00    1    $326.00

ITEM # 40410535 BRS
SIZE Small

**AVAILABILITY**

**DELIVERY**

**RETURNS**

15

| | | | |
|---|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ | |

---

R|H



QUARTZ CRYSTAL FORMATION COLLECTION - SMOKE

ITEM # 40410559 SMK
SIZE Extra-Large

$686.00    1    $686.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

R|H



FLEMISH COURT FLOOR MIRROR

ITEM # 10070067 GOLD
SIZE 42" x 78"
FINISH Gold Gilt

$2,021.00    1    $2,021.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

R|H

THADDEUS FLOOR LAMP                          $1,721.00    2    $3,442.00



ITEM # 10107341 BSWH
FINISH Forged Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



ETCHED BRASS SHAGREEN TROUGH

$326.00     1     $326.00

ITEM # 42460016 BRS
COLOR Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



HARLOW CRYSTAL ROUND CHANDELIER 31"

$3,888.00     1     $3,888.00

ITEM # 68290537 LBB
SIZE 31"
FINISH Lacquered Burnished Brass

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery ▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



CAYDEN CAMPAIGN CLOSED NIGHTSTAND

$1,530.00    2    $3,060.00

ITEM # 10024941 WBRN
SIZE 32"
FINISH Waxed Brown Oak/Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



CAYDEN CAMPAIGN 9-DRAWER DRESSER

$3,948.00    1    $3,948.00

ITEM # 10024916 WBRN
FINISH Waxed Brown Oak/Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN

THADDEUS TABLE LAMP

$761.00    2    $1,522.00

18



ITEM # 10107344 BSWH
FINISH Forged Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



PAUILLAC TABLE LAMP                                      $386.00        2        $772.00

ITEM # 10000106 LBB
FINISH Lacquered Burnished Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



FRENCH ARCHITECTURAL DETAIL IN SEPIA 2              $423.00        2        $846.00

ITEM # 41450065 BLK

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item is special order and cannot be returned. Learn more about our Return Policy ▸

---

RH



THADDEUS GLASS ROUND COCKTAIL SIDE TABLE    $1,117.00    1    $1,117.00

ITEM # 10003998 GLBR
SIZE 12" diam.
FINISH Forged Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH MODERN



PREMIUM FELT RUG PAD    $296.00    1    $296.00

ITEM # 10093519 NONE
SIZE 12' x 15'

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH MODERN

555-GRAM CASHMERE THROW    $314.00    1    $314.00



ITEM # 16210067 OATM
COLOR Oatmeal

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

**RH**MODERN



CAST GLASS & METAL BOX

ITEM # 10102317 BRS
SIZE Large

$296.00    2    $592.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

**RH**MODERN



MODENA FABRIC DIAMOND-TUFTED PANEL PLATFORM BED

ITEM # 10067807 VPSD
SIZE King
HEADBOARD HEIGHT 48"
FINISH Brown Oak
FABRIC Lustrous Velvet
COLOR Sand
STORAGE Without Storage

$4,316.00    1    $4,316.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH



### THADDEUS TRACK ARM CHAIR

ITEM # 10022269 ITIN
FINISH Forged Brass
FABRIC Parà Italian Performance Basket Weave
COLOR Indigo

$4,871.00    1    $4,871.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH



### THADDEUS OTTOMAN

ITEM # 10022267 ITIN
FINISH Forged Brass
FABRIC Parà Italian Performance Basket Weave
COLOR Indigo

$2,246.00    1    $2,246.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH MODERN



### MODENA LEATHER BENCH

$4,421.00    1    $4,421.00

ITEM # 59810290 CTIV
SIZE 64"W x 20"D x 19½"H
FILL Standard
FINISH Espresso Oak
LEATHER Italian Veneto
COLOR Ivory

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RHMODERN



### VELVET OUSHAK DIAMOND PILLOW COVER - LUMBAR

$269.00    1    $269.00

ITEM # 16120262 SAND
STYLE Velvet Oushak Diamond
SIZE 13" x 21"
COLOR Bone/Sand

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH



### HEXAGONAL MARBLE TROUGH

$247.00    1    $247.00

ITEM # 10001558 BLK
FINISH Black Marble

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



ROMAN DISCUS THROWER SCULPTURE FRAGMENT

ITEM # 10038614 NATL

$412.00    1    $412.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

**RH**MODERN



SUDARI RUG

ITEM # 10080285 MKIN
SIZE 12' x 15'
COLOR Mink/Indigo

$10,331.00    1    $10,331.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



### VELVET PICK STITCH SHAM

$56.00    2    $112.00

ITEM # 14420802 INDG
SIZE Lumbar
COLOR Indigo

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH MODERN



### VELVET PICK STITCH QUILT

$291.00    1    $291.00

ITEM # 14420790 INDG
SIZE King/Cal King
COLOR Indigo

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH MODERN



### EUROPEAN DOWN REVERSIBLE MATTRESS PAD

$266.00    1    $266.00

ITEM # 14070015 NONE
SIZE King

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**MODERN



LUXURY EVERLOFT® DOWN-ALTERNATIVE PILLOW

ITEM # 14430007 WHT
SIZE 20" x 36" (King)
FILL Medium

$183.00    4    $732.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**MODERN



LUXURY EVERLOFT® DOWN-ALTERNATIVE COMFORTER

ITEM # 14300439 WHT
SIZE King
FILL Light Warmth

$341.00    1    $341.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**MODERN



**PREMIUM FEATHER AND DOWN PILLOW INSERT**    $29.00    2    $58.00

ITEM # 14300147 WHT
SIZE 14" x 22" (Lumbar)

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |



**SCULPTURAL BRASS PLATTER**    $93.00    2    $186.00

ITEM # 41450648 BRS
SIZE Small

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

## IMPORTANT INFORMATION

All prices shown are in US dollars.

As you specified, furniture items will be delivered as they are available. If you would prefer to have items grouped into as few deliveries as possible, please call Customer Service at 800.762.1005.

## ORDER TOTAL

SUBTOTAL      $111,111.00

| | |
|---|---|
| HANDLING & PERSONALIZATION | $279.00 |
| ADDITIONAL SHIPPING | $150.00 |
| TAX | $8,228.83 |
| **TOTAL** | **$119,768.83** |

---

For additional order details, visit your account ‣

Want to be in the know? Sign up for email. ‣

**Visit Us at the Gallery Nearest You** ‣

RH MEMBERS PROGRAM | PRIVACY POLICY | FREQUENTLY ASKED QUESTIONS | CONTACT US | CUSTOMER SERVICE

© 2023 RH 15 Koch Road, Corte Madera, CA 94925

SF_ORDER_ID:23758368

**To:**
**Subject: RH Order Confirmation - Order #23797911**



# ORDER CONFIRMATION

ORDER #23797911

Dear Tommy Safer,

Thank you for shopping at RH. Your order for the following items has been placed.

SHIPPING                    BILLING

TOMMY SAFER                  TOMMY SAFER

|  | | PRICE | QTY | TOTAL |
|---|---|---|---|---|
| RH | **METAL PLINTH - PEWTER**<br><br>ITEM # 10070543 BRS<br>SIZE Medium<br>FINISH Aged Brass | $0.00 | 1 | $0.00 |

IMAGE AVAILABLE SOON

**AVAILABILITY**          **DELIVERY**          **RETURNS**

2

This item will be ready for delivery on or before 07/07/23.

Unlimited Furniture Delivery ▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**R·H**



### THADDEUS MARBLE COFFEE TABLE

$0.00    1    $0.00

ITEM # 10069945 MRBR
SIZE 72"W x 36"D
FINISH Sandblasted Italian Carrara Marble/Forged Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**R·H**



### FRENCH EMPIRE ETCHED URN

$1,233.00    1    $1,233.00

ITEM # 10060073 BLK
SIZE Large

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Standard Delivery Shipping ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**R·H**

### 18TH C. BRASS INDIAN URLI BOWL

$1,233.00    1    $1,233.00



ITEM # 40410362 BRS
SIZE Large

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Standard Delivery Shipping ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



ST. JAMES MARBLE ROUND DINING TABLE          $5,340.00     1     $5,340.00

ITEM # 67100430 DARK
SIZE 72" diam.
FINISH Antiqued Coffee

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



GRECO-ROMAN CARYATID TEMPLE SCULPTURE          $8,996.00     2     $17,992.00

ITEM # 10038603 NATL

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---



ST. JAMES PANEL SIDEBOARD WITH DRAWERS    $2,688.00    2    $5,376.00

ITEM # 62780047 DARK
FINISH Antiqued Coffee

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---



LINDEN TUFTED ROUND OTTOMAN    $1,161.00    4    $4,644.00

ITEM # 109291 BWNT
FABRIC Perennials Performance Textured Linen Weave
COLOR Natural

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

THADDEUS BARRELBACK SLOPE ARM CHAIR    $4,046.00    4    $16,184.00



ITEM # 10065318 VPDV
FINISH Forged Brass
FABRIC Lustrous Velvet
COLOR Dove

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item is special order and cannot be returned. Learn more about our Return Policy
‣

---

RHMODERN



ARBORA WOOL RUG

$26,729.00     1     $26,729.00

ITEM # 10014638 SPRC
SIZE 13' x 18'
COLOR Spruce

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH



THADDEUS X-BASE BENCH

$4,721.00     4     $18,884.00

ITEM # 10065319 VPSB
FINISH Forged Brass
FABRIC Lustrous Velvet
COLOR Slate Blue

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



ITALIAN TRAVERTINE PLINTH SQUARE PLANTER    $3,671.00    4    $14,684.00

ITEM # 10104874 NATT
SIZE D: 20" sq., 32"H
FINISH Italian Classico Travertine

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



PREMIUM FELT RUG PAD    $371.00    3    $1,113.00

ITEM # 10097796 NONE
SIZE 13' x 18'

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN

CHAMPEAUX PIVOTING SPOTLIGHT    $348.00    4    $1,392.00



ITEM # 68140792 LBBZ
FINISH Lacquered Burnished Brass/Bronze

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



BAROQUE GILT ROUND MIRROR

ITEM # 10078922 GOLD
SIZE 42" diam.

$896.00          3          $2,688.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



JULES WINGBACK CHAIR

ITEM # 10008609 VNFG
FINISH Brushed Brown Oak
FABRIC Vintage Velvet
COLOR Fog

$2,696.00          2          $5,392.00

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



### CAMBRIDGE SOFA

$6,071.00    2    $12,142.00

ITEM # 20060705 BWNT
DEPTH Luxe
LENGTH 8'
FABRIC Perennials Performance Textured Linen Weave
COLOR Natural

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



### THADDEUS MARBLE ROUND SIDE TABLE

$2,351.00    4    $9,404.00

ITEM # 10072130 MRBR
SIZE 22" diam.
FINISH Sandblasted Italian Carrara Marble/Forged Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH

### THADDEUS MARBLE COFFEE TABLE

$6,138.00    1    $6,138.00



ITEM # 10069945 MRBR
SIZE 72"W x 36"D
FINISH Sandblasted Italian Carrara Marble/Forged Brass

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RHMODERN



MODENA CHESTERFIELD OTTOMAN WITH TUFTED SEAT      $1,646.00    2    $3,292.00

ITEM # 10105293 VPFG
DEPTH Luxe Ottoman
SEAT HEIGHT Standard
FINISH Espresso Oak
FABRIC Lustrous Velvet
COLOR Fog

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RHMODERN



ARBORA WOOL RUG      $26,781.00    2    $53,562.00

ITEM # 10014638 FOG
SIZE 13' x 18'
COLOR Fog

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

**RH**MODERN



HAMMERED SOLID BRASS BOWL - MEDIUM

ITEM # 40410159 BRS
SIZE Medium

$240.00     4     $960.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH



18TH C. BRASS INDIAN URLI BOWL - SMALL

ITEM # 40410381 BRS
SIZE Small

$615.00     2     $1,230.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

**RH**MODERN



### VELVET OUSHAK DIAMOND PILLOW COVER - LUMBAR

$269.00    2    $538.00

ITEM # 16120262 WINE
STYLE Velvet Oushak Diamond
SIZE 13" x 21"
COLOR Fog/Wine

| AVAILABILITY | DELIVERY | RETURNS |
| --- | --- | --- |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RHMODERN



### VELVET OUSHAK SOLID PILLOW COVER - LUMBAR

$171.00    4    $684.00

ITEM # 16120213 WINE
STYLE Velvet Oushak Solid
SIZE 13" x 21"
COLOR Wine

| AVAILABILITY | DELIVERY | RETURNS |
| --- | --- | --- |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RHMODERN



### LUXE INDOOR-OUTDOOR PILLOW INSERT

$48.00    6    $288.00

ITEM # 10118763 NONE
SIZE 13" x 21"

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH



ST. JAMES RECTANGULAR EXTENSION DINING TABLE

ITEM # 62070646 DARK
FINISH Antiqued Coffee
SIZE 108"-144"L Extension

$3,978.00   1   $3,978.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH



HUDSON ROLL-BACK SLIPCOVERED DINING ARMCHAIR

ITEM # 62440019 BLCA
FABRIC Belgian Linen
COLOR Chalk
BASE No Casters

$892.00   2   $1,784.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
‣

---

RH



**HUDSON ROLL-BACK SLIPCOVERED DINING SIDE CHAIR**

ITEM # 62440020 BLCA
FABRIC Belgian Linen
COLOR Chalk
BASE No Casters

$738.00     8     $5,904.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---

RH



**GILT ARCHED FLOOR MIRROR**

ITEM # 10070068 GOLD
SIZE 53¼" x 89¾"
FINISH Gold Gilt

$3,446.00     1     $3,446.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---

RH

IMAGE
AVAILABLE
SOON

**METAL PLINTH - PEWTER**

ITEM # 10070543 BRZ
SIZE Medium
FINISH Bronze

$1,121.00     1     $1,121.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



HANDCRAFTED METAL TRAY

ITEM # 41120147 BRS
FINISH Antiqued Brass

$225.00     1     $225.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



LUXE INDOOR-OUTDOOR PILLOW INSERT

ITEM # 10118764 NONE
SIZE 12" x 18" (Boudoir)

$39.00     2     $78.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

IMPORTANT INFORMATION

ORDER TOTAL

All prices shown are in US dollars.

**As you specified, furniture items will be delivered as they are available. If you would prefer to have items grouped into as few deliveries as possible, please call Customer Service at 800.762.1005.**

| | |
|---|---|
| SUBTOTAL | $233,796.00 |
| TAX | $16,369.21 |
| **TOTAL** | **$250,165.21** |

---

For additional order details, visit your account  ‣

Want to be in the know? Sign up for email.  ‣

**Visit Us at the Gallery Nearest You** ‣

RH MEMBERS PROGRAM | PRIVACY POLICY | FREQUENTLY ASKED QUESTIONS | CONTACT US | CUSTOMER SERVICE

© 2023 RH 15 Koch Road, Corte Madera, CA 94925

SF_ORDER_ID:23797911

**From:** RH <clientservices@rh.com>
**Date:** July 3, 2023 at 12:15:16 PM EDT
**To:**
**Subject: RH Order Confirmation - Order #23885524**



# ORDER CONFIRMATION

### ORDER #23885524

Dear Tommy Safer,

Thank you for shopping at RH. Your order for the following items has been placed.

| SHIPPING | BILLING |
|---|---|
| TOMMY SAFER | TOMMY SAFER |

|  | PRICE | QTY | TOTAL |
|---|---|---|---|
| **RH**MODERN |  |  |  |
|  MATIRA ALUMINUM RECTANGULAR DINING TABLE<br><br>ITEM # 10134045 IRON<br>SIZE 96"<br>FINISH Iron | $2,493.00 | 2 | $4,986.00 |

| | | |
|---|---|---|
| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
| This item will be ready for delivery between 08/18/23 and 08/27/23. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---



 KLISMOS CAST ALUMINUM SOFA $3,446.00  2  $6,892.00

ITEM # 64020922 IRON
SIZE 100"
FINISH Iron

| | | |
|---|---|---|
| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---



100" KLISMOS LUXE SOFA CUSHIONS $2,696.00  2  $5,392.00



ITEM # 64220980 WNCB
FABRIC Perennials Performance Textured Linen Weave with Contrast Piping
COLOR Natural/Black

| | | |
|---|---|---|
| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---



KLISMOS CAST ALUMINUM LOUNGE CHAIR $1,218.00  8  $9,744.00

ITEM # 64380001 IRON
DEPTH Luxe
FINISH Iron

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH MODERN



KLISMOS LOUNGE CHAIR CUSHIONS                $637.00    8    $5,096.00

ITEM # 64380015 WNCB
FABRIC Perennials Performance Textured Linen Weave with Contrast Piping
COLOR Natural/Black

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH



KLISMOS LOUNGE CHAIR COVER                $168.00    4    $672.00

ITEM # 64990236 SAND
COLOR Sand
DEPTH Luxe

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH



**KLISMOS SOFA COVER**                                          $431.00      2      $862.00

ITEM # 64740764 SAND
COLOR Sand
SIZE 100"

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH MODERN



**KLISMOS CAST ALUMINUM RECTANGULAR COFFEE TABLE**             $1,218.00     2      $2,436.00

ITEM # 64380011 IRON
FINISH Iron

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH MODERN

**KLISMOS COFFEE TABLE COVER**                                 $187.00      2      $374.00



ITEM # 64990101 SAND
COLOR Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH**MODERN



PREMIUM DOWN-ALTERNATIVE PILLOW INSERT    $22.00    12    $264.00

ITEM # 16100013 WHT
SIZE 20" x 20"

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH**MODERN



PREMIUM DOWN-ALTERNATIVE PILLOW INSERT    $19.00    12    $228.00

ITEM # 16100015 WHT
SIZE 13" x 21"

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



VETRO ROUND PLANTER

$1,721.00    4    $6,884.00

ITEM # 10006351 TIZA
SIZE B: 26" diam., 23"H
FINISH Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



VETRO BOWL

$693.00    4    $2,772.00

ITEM # 10006591 TIZA
FINISH Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN

DUOMO LANTERN

$408.00    8    $3,264.00



ITEM # 42400200 IRON
SIZE E: 12½" sq., 37"H
FINISH Iron

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



### PERENNIALS® HEATHERED OMBRÉ OUTDOOR RUG

$3,796.00   2   $7,592.00

ITEM # 15340549 SAND
SIZE 8' x 10'
COLOR Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

RHMODERN



### INDOOR/OUTDOOR RUG PAD

$123.00   2   $246.00

ITEM # 15350633 NONE
SIZE 8' x 10'

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** MODERN



ST. MARTIN SOFA DAYBED

$3,521.00    2    $7,042.00

ITEM # 61920241 GRAY
FINISH Grey

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**



ST. MARTIN SOFA DAYBED CUSHIONS

$3,221.00    2    $6,442.00

ITEM # 42360780 BWNT
FABRIC Perennials Performance Textured Linen Weave
COLOR Natural

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** MODERN

ST. MARTIN DAYBED COVERS

$487.00    2    $974.00



ITEM # 64920433 SAND
ITEM Sofa Daybed
COLOR Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



DUOMO LANTERN

$221.00    4    $884.00

ITEM # 42400254 IRON
SIZE C: 9" sq., 25"H
FINISH Iron

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



KLISMOS CAST ALUMINUM RECTANGULAR DINING TABLE

$3,221.00    2    $6,442.00

ITEM # 64020926 IRON
SIZE 96"
FINISH Iron

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

**Unlimited Furniture Delivery**
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH** MODERN

KLISMOS CAST ALUMINUM DINING SIDE CHAIR          $746.00      14    $10,444.00

ITEM # 64380004 IRON
DEPTH Luxe
FINISH Iron

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH** MODERN



KLISMOS LUXE SIDE CHAIR CUSHION          $221.00      14    $3,094.00

ITEM # 64380021 WNCB
FABRIC Perennials Performance Textured Linen Weave with Contrast Piping
COLOR Natural/Black

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH** MODERN

TERRAZ SQUARE PLANTER          $1,646.00      4    $6,584.00

11



ITEM # 10116524 TIZA
SIZE D: 39½"W x 19¾"D x 19¾"H
FINISH Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH MODERN



TUUCI® OCEAN MASTER MAX DUAL CANTILEVER UMBRELLA $18,997.00    1    $18,997.00

ITEM # 64200224 ABBK
CANOPY 10' x 10' Square
MAST FINISH Polished Aluminum
COLOR Natural/Black
FABRIC Marine-Grade Canvas

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH MODERN

TUUCI® CANTILEVER & OCEAN MASTER MAX UMBRELLA BASE    $4,121.00    1    $4,121.00



ITEM # 10000013 STSL
ITEM 600-Lb. Base

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



TUUCI® OCEAN MASTER MAX CANTILEVER UMBRELLA COVERS

$243.00    1    $243.00

ITEM # 91220875 SAND
CANOPY 10' x 20' Dual Rectangular Cantilever
COLOR Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN

IXTAPA ROUND FIRE TABLE

$6,146.00    1    $6,146.00

ITEM # 42100341 LMST
SIZE 48" diam.
FINISH Limestone
FUEL TYPE Propane

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN

IXTAPA PROPANE TANK COVER

$1,012.00    1    $1,012.00



ITEM # 42100152 LMST
FINISH Limestone

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH MODERN



PROVENCE LOUNGE CHAIR

ITEM # 64350003 TAUP
DEPTH Luxe
FINISH Terra

$1,218.00     5     $6,090.00

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



PROVENCE LOUNGE CHAIR/ SWIVEL LOUNGE CHAIR COVER

ITEM # 64990009 SAND
COLOR Sand
DEPTH Luxe

$168.00     5     $840.00

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH MODERN**



### PROVENCE LOUNGE CHAIR /SWIVEL LOUNGE CHAIR CUSHIONS

$637.00    5    $3,185.00

ITEM # 64350024 BWNT
DEPTH Luxe
FABRIC Perennials Performance Textured Linen Weave
COLOR Natural
CUSHION FILL Water-Repellent

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH MODERN**



### MAYWOOD URN

$581.00    4    $2,324.00

ITEM # 42850297 BR
FINISH Brownstone

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH MODERN**

### GLENVIEW PEDESTAL

$431.00    4    $1,724.00

15



ITEM # 42850298 BR
FINISH Brownstone
MATERIAL Cast Stone

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

**RH MODERN**



KLISMOS CAST ALUMINUM BENCH                    $1,871.00    2    $3,742.00

ITEM # 64380024 IRON
FINISH Iron

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

**RH MODERN**

KLISMOS BENCH CUSHIONS                    $393.00    2    $786.00



ITEM # 64380025 WNCB
FABRIC Perennials Performance Textured Linen Weave with Contrast Piping
COLOR Natural/Black

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more |

about our Return Policy
▸

**RH**MODERN



KLISMOS CAST ALUMINUM ROUND SIDE TABLE          $843.00      2      $1,686.00

ITEM # 64380007 IRON
FINISH Iron

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

IMPORTANT INFORMATION

All prices shown are in US dollars.

As you specified, furniture items will be delivered as they are available. If you would prefer to have items grouped into as few deliveries as possible, please call Customer Service at 800.762.1005.

ORDER TOTAL

SUBTOTAL                                $150,506.00

ADDITIONAL SHIPPING                          $150.00

TAX                                      $11,072.03

**TOTAL                                 $161,728.03**

For additional order details, visit your account ‣

Want to be in the know? Sign up for email. ‣

**Visit Us at the Gallery Nearest You** ‣

RH MEMBERS PROGRAM | PRIVACY POLICY | FREQUENTLY ASKED QUESTIONS | CONTACT US | CUSTOMER SERVICE

© 2023 RH 15 Koch Road, Corte Madera, CA 94925

SF_ORDER_ID:23885524

**To:**
**Subject: RH Order Confirmation - Order #24000801**



# ORDER CONFIRMATION

### ORDER #24000801

Dear Tommy Safer,

Thank you for shopping at RH. Your order for the following items has been placed.

| SHIPPING | BILLING |
|---|---|
| TOMMY SAFER | TOMMY SAFER |

| | | PRICE | QTY | TOTAL |
|---|---|---|---|---|



**CHANNEL-STITCHED LUSTER VELVET QUILT** — $239.00 — 1 — $239.00

ITEM # 602180 GREY F/Q
SIZE Full/Queen
COLOR Grey

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Standard Delivery Shipping ▸ | |

2

1-day (1 to 2 business days)

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH BABY&CHILD



CHANNEL-STITCHED LUSTER VELVET SHAM

$44.00    4    $176.00

ITEM # 602179 GREY STD
SIZE Standard
COLOR Grey

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Standard Delivery Shipping ▸

1-day (1 to 2 business days)

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH BABY&CHILD



CHANNEL-STITCHED LUSTER VELVET QUILT

$239.00    1    $239.00

ITEM # 602180 GREY F/Q
SIZE Full/Queen
COLOR Grey

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Standard Delivery Shipping ▸

1-day (1 to 2 business days)

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH

BEAUTYREST® SELECT™ LUXURY PLUSH MATTRESS & BOX SPRING SET

$1,146.00    1    $1,146.00



ITEM # 114411 WHT QUEN
SIZE Queen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item cannot be returned. Learn more about our Return Policy
▸

---

RH



BELGIAN SLOPE ARM SLIPCOVERED DINING SIDE CHAIR

$787.00    1    $787.00

ITEM # 10097967 BLCG
FABRIC Belgian Linen
COLOR Carbon
BASE No Casters

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RHMODERN

ALLURA WOOL RUG

$6,391.00    1    $6,391.00



ITEM # 10012085 SAGR
SIZE 8' x 10'
COLOR Sand/Grey

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

RH BABY&CHILD



MARCELLE WIDE DRESSER

$1,634.00    1    $1,634.00

ITEM # 112283 LOAK
FINISH Light Oak

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH TEEN



MARCELLE 3-DRAWER NIGHTSTAND

$771.00    1    $771.00

ITEM # 112278 LOAK
FINISH Light Oak

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH BABY&CHILD



### MARCELLE STORAGE DESK

$1,461.00    1    $1,461.00

ITEM # 112276 LOAK
FINISH Light Oak

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH BABY&CHILD



### MARCELLE PANEL BED - FRENCH WHITE

$2,264.00    2    $4,528.00

ITEM # 112692 VPGR FULL
SIZE Full
FINISH Light Oak
FABRIC Lustrous Velvet
COLOR Graphite

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH

PETITE CANDLESTICK LINEN SHADE TABLE LAMP

$258.00    2    $516.00



ITEM # 68270276 VBSD
FINISH Vintage Brass
COLOR Sand Linen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH BABY&CHILD



ROSETTE LARGE DRESSER MIRROR - GILT

$704.00    1    $704.00

ITEM # 113024 GILT
SIZE Large Dresser
FINISH Gilt

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH MODERN



CYLINDRICAL COLUMN CRYSTAL TABLE LAMP

$746.00    1    $746.00

ITEM # 68270641 LBCR
FINISH Lacquered Burnished Brass

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



FRENCH DRUM LINEN SHADE                $71.00      1      $71.00

ITEM # 68600071 MWHT
SIZE E: 18" diam., 10"H
COLOR White Linen
LINING COLOR Frosted Lining

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH



ROUND MARBLE TRAY COLLECTION          $266.00     1      $266.00

ITEM # 10001884 WHT
SIZE Medium

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN

METAL SHAGREEN BATH ACCESSORIES       $191.00     1      $191.00



ITEM # 10106202 PB
ITEM Tissue Cover
FINISH Polished Brass Shagreen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH MODERN



METAL SHAGREEN BATH ACCESSORIES

$116.00     1     $116.00

ITEM # 10106196 PB
ITEM Tumbler
FINISH Polished Brass Shagreen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH MODERN



METAL SHAGREEN BATH ACCESSORIES

$183.00     1     $183.00

ITEM # 10106201 PB
ITEM Tall Canister
FINISH Polished Brass Shagreen

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



METAL SHAGREEN BATH ACCESSORIES     $176.00    1    $176.00

ITEM # 10106195 PB
ITEM Short Canister
FINISH Polished Brass Shagreen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



METAL SHAGREEN BATH ACCESSORIES     $206.00    1    $206.00

ITEM # 10106197 PB
ITEM Tray
FINISH Polished Brass Shagreen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN

METAL SHAGREEN BATH ACCESSORIES     $93.00    1    $93.00



ITEM # 10106199 PB
ITEM Soap Dish
FINISH Polished Brass Shagreen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH MODERN



LAMBETH SMOOTH VANITY MIRROR - SMALL          $371.00      1      $371.00

ITEM # 10088380 LBB
FINISH Lacquered Burnished Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH BABY&CHILD



MIRRORED GLASS JEWELRY TRAY - BRASS          $81.00      1      $81.00

ITEM # 601788 ABRS RECT
SHAPE Rectangle

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** BABY&CHILD



MIRRORED GLASS JEWELRY TRAY - BRASS

$59.00    1    $59.00

ITEM # 601788 ABRS HEXA
SHAPE Hexagon

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

**RH** BABY&CHILD



ELLIANA CRYSTAL SMALL HALO PENDANT - ANTIQUE BRASS

$1,349.00    1    $1,349.00

ITEM # 113586 ANBR
FINISH Antiqued Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** BABY&CHILD

QUILTED WATERPROOF MATTRESS PAD

$81.00    2    $162.00



ITEM # 100623 WHT FULL
SIZE Full

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** BABY&CHILD



ITALIAN SATIN STITCH FITTED SHEET

$89.00      3      $267.00

ITEM # 107252 WHT FULL
SIZE Full
COLOR White

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH** BABY&CHILD



ITALIAN SATIN STITCH SHEETING

$179.00      4      $716.00

ITEM # 113349 GREY FULL
SIZE Full
COLOR Grey

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RHBABY&CHILD**



ITALIAN SATIN STITCH PILLOWCASE                    $44.00      4      $176.00

ITEM # 113348 GREY STD
SIZE Standard
COLOR Grey

**AVAILABILITY**                           **DELIVERY**                          **RETURNS**

This item is currently not available..    Unlimited Furniture Delivery          This item can be returned
                                          ▸                                     within 30 days of
                                                                                delivery. Learn more
                                                                                about our Return Policy
                                                                                ▸

---

**RHBABY&CHILD**



ITALIAN SATIN STITCH DUVET COVER                   $254.00      4      $1,016.00

ITEM # 106012 GREY F/Q
SIZE Full/Queen
COLOR Grey

**AVAILABILITY**                           **DELIVERY**                          **RETURNS**

This item is currently not available..    Unlimited Furniture Delivery          This item can be returned
                                          ▸                                     within 30 days of
                                                                                delivery. Learn more
                                                                                about our Return Policy
                                                                                ▸

---

**RHMODERN**

LUXURY EVERLOFT® DOWN-ALTERNATIVE PILLOW   $134.00     24     $3,216.00



ITEM # 14300398 WHT
SIZE 20" x 28" (RH Standard)
FILL Medium

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
| --- | --- | --- |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---

RHMODERN



ALLERGEN BARRIER PILLOW PROTECTOR $48.00 1 $48.00

ITEM # 14300403 WHT
SIZE 20" x 28" (RH Standard)

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
| --- | --- | --- |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---

RHMODERN



LUXURY EVERLOFT® DOWN-ALTERNATIVE COMFORTER $251.00 4 $1,004.00

ITEM # 14300437 WHT
SIZE Full/Queen
FILL Light Warmth

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
| --- | --- | --- |

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

## RH TEEN



### ZADIE TUFTED BED

$2,849.00     1     $2,849.00

ITEM # 106488 LCSA FULL
SIZE Full
FABRIC Brushed Belgian Flax Linen Cotton
COLOR Sand

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

## RH BABY&CHILD



### PORTIA CRYSTAL LARGE PENDANT - ANTIQUED BRASS

$1,806.00     2     $3,612.00

ITEM # 111259 ANBR LRG
SIZE Large
FINISH Antiqued Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

## RH

MAISON LEATHER END-OF-BED BENCH

$1,218.00     1     $1,218.00



ITEM # 10009211 BMSM
SIZE 60"W x 16"D x 19"H
FINISH Antiqued Coffee
LEATHER Italian Berkshire
COLOR Smoke

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned
within 30 days of
delivery. Learn more
about our Return Policy
▸

---

RHMODERN



MONTERO WOOL RUG

$1,292.00     1     $1,292.00

ITEM # 10080325 DGSL
SIZE 8' x 10'
COLOR Dark Grey/Silver

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned
or exchanged within 30
days of delivery.  Learn
more about our Return
Policy ▸

---

RH



HAND-HAMMERED BOWL

$84.00     1     $84.00

ITEM # 42450092 BRS
SIZE Small
FINISH Brass

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery ▸

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

RH



ST. JAMES CLOSED NIGHTSTAND

$836.00     1     $836.00

ITEM # 63190021 DARK
SIZE 24"
FINISH Antiqued Coffee

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

RH



CYLINDRICAL COLUMN TABLE LAMP

$708.00     1     $708.00

ITEM # 68270641 VBRS
FINISH Vintage Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN

FRENCH DRUM LINEN SHADE

$71.00     1     $71.00



ITEM # 68600071 SND
SIZE E: 18" diam., 10"H
COLOR Sand Linen
LINING COLOR Frosted Lining

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHMODERN



BAROQUE GILT FLOOR MIRROR                    $971.00      1      $971.00

ITEM # 10060100 GOLD
SIZE 28" x 80"

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RHTEEN



COOLING DOWN-ALTERNATIVE MATTRESS PAD        $126.00      1      $126.00

ITEM # 602603 WHT FULL
SIZE Full

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH BABY&CHILD**



### EDGED BORDER SHEET SET

$134.00     1     $134.00

ITEM # 107230 GREY FULL
SIZE Full
COLOR Grey

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH BABY&CHILD**



### EDGED BORDER PILLOWCASE

$25.00     2     $50.00

ITEM # 107231 GREY STD
SIZE Standard
COLOR Grey

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery ▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH MODERN**

RAW SILK CHANNEL-STITCHED SHAM

$126.00     2     $252.00



ITEM # 10061768 NCKL
SIZE Standard
COLOR Nickel

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned
within 30 days of
delivery. Learn more
about our Return Policy
▸

---

RHMODERN



RAW SILK CHANNEL-STITCHED QUILT                    $449.00     1     $449.00

ITEM # 10061770 NCKL
SIZE Full/Queen
COLOR Nickel

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned
within 30 days of
delivery. Learn more
about our Return Policy
▸

---

RHBABY&CHILD



EDGED BORDER DUVET COVER                    $149.00     1     $149.00

ITEM # 107232 GREY F/Q
SIZE Full/Queen
COLOR Grey

**AVAILABILITY**

**DELIVERY**

**RETURNS**

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH



### MAISON CLOSED NIGHTSTAND

$997.00      2      $1,994.00

ITEM # 63820064 DARK
SIZE 24"
FINISH Antiqued Coffee

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RHBABY&CHILD



### ANTIQUED CARVED WOOD FULL MIRROR - GILT

$1,139.00      2      $2,278.00

ITEM # 601963 GILT FULL
FINISH Gilt

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**BABY&CHILD



PORTIA SHADED CRYSTAL TABLE LAMP WITH SHADE - ANTIQUED BRASS

ITEM # 113296 ANBR
FINISH Antiqued Brass

$344.00     2     $688.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**MODERN



LENA SWIVEL CHAIR

ITEM # 57480972 VPGR
FABRIC Lustrous Velvet
COLOR Graphite

$2,321.00     1     $2,321.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**BABY&CHILD



**ELLIS SWING-ARM FLOOR LAMP WITH ROUND SHADE - ANTIQUED BRASS**

ITEM # 112673 ABRS
FINISH Antiqued Brass

$244.00    1    $244.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸ |

RH



**MAISON FABRIC DIAMOND-TUFTED PANEL BED**

ITEM # 10007817 BLFG
SIZE Queen
FINISH Antiqued Coffee
FABRIC Belgian Linen
COLOR Fog

$3,015.00    1    $3,015.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RHMODERN



**ZIREH RUG**

ITEM # 10079920 BLSV
SIZE 8' x 10'
COLOR Blue/Silver

$1,215.00    1    $1,215.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸ |

## RH MODERN



**1930S MARTINI ROUND SIDE TABLE**

ITEM # 61040991 ABRS
SIZE 10" diam.
FINISH Antiqued Brass

$345.00    1    $345.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

## RH



**TEXTURED SOLID BRASS BOX - WOOD GRAIN**

ITEM # 10103676 ABRS
SIZE Small
FINISH Antiqued Brass

$296.00    2    $592.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

## RH TEEN



COOLING DOWN-ALTERNATIVE MATTRESS PAD    $141.00    1    $141.00

ITEM # 602603 WHT QUEN
SIZE Queen

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RH BABY&CHILD



ITALIAN SATIN STITCH FITTED SHEET    $96.00    2    $192.00

ITEM # 107252 WHT QUEN
SIZE Queen
COLOR White

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RH MODERN



ITALIAN CLASSIC PERCALE DUVET COVER    $261.00    1    $261.00

ITEM # 10060114 WHT
SIZE Full/Queen
COLOR White

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**MODERN



ITALIAN CLASSIC PERCALE SHEET SET

$284.00      1      $284.00

ITEM # 10060116 WHT
SIZE Queen
COLOR White

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

**RH**MODERN



ITALIAN CLASSIC PERCALE PILLOWCASES (SET OF 2)

$74.00      1      $74.00

ITEM # 10060119 WHT
SIZE Standard
COLOR White

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

IMPORTANT INFORMATION

ORDER TOTAL

All prices shown are in US dollars.

**As you specified, furniture items will be delivered as they are available. If you would prefer to have items grouped into as few deliveries as possible, please call Customer Service at 800.762.1005.**

| | |
|---|---|
| SUBTOTAL | $55,550.00 |
| TAX | $4,205.43 |
| **TOTAL** | **$59,755.43** |

For additional order details, visit your account  ▸

Want to be in the know? Sign up for email.  ▸

**Visit Us at the Gallery Nearest You**  ▸

RH MEMBERS PROGRAM | PRIVACY POLICY | FREQUENTLY ASKED QUESTIONS | CONTACT US | CUSTOMER SERVICE

© 2023 RH 15 Koch Road, Corte Madera, CA 94925

SF_ORDER_ID:24000801

**To:**

**Subject: RH Order Confirmation - Order #24073549**



# ORDER CONFIRMATION

## ORDER #24073549

Dear Tommy Safer,

Thank you for shopping at RH. Your order for the following items has been placed.

| SHIPPING | BILLING |
|----------|---------|
| TOMMY SAFER | TOMMY SAFER |

| | PRICE | QTY | TOTAL |
|---|---|---|---|



**RH**MODERN

**802-GRAM TURKISH TOWEL SET**

ITEM # 10024180 NATL
COLOR Natural

$76.00    18    $1,368.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | | |

2

Unlimited Furniture Delivery
▸

This item can be returned
within 30 days of
delivery. Learn more
about our Return Policy
▸

---

RHMODERN



802-GRAM TURKISH TOWEL COLLECTION                $27.00      4      $108.00

ITEM # 17050043 NATL
SIZE Hand Towel
COLOR Natural

**AVAILABILITY**                    **DELIVERY**                      **RETURNS**

This item is currently not available..    Unlimited Furniture Delivery    This item can be returned
                                          ▸                               within 30 days of
                                                                          delivery. Learn more
                                                                          about our Return Policy
                                                                          ▸

---

RHMODERN



802-GRAM TURKISH TOWEL COLLECTION                $35.00      2      $70.00

ITEM # 17050042 NATL
SIZE Bath Towel
COLOR Natural

**AVAILABILITY**                    **DELIVERY**                      **RETURNS**

This item is currently not available..    Unlimited Furniture Delivery    This item can be returned
                                          ▸                               within 30 days of
                                                                          delivery. Learn more
                                                                          about our Return Policy
                                                                          ▸

---

RH

802-GRAM TURKISH BATH MAT                        $21.00     10      $210.00



ITEM # 10062323 NATL
SIZE 17" x 24"
COLOR Natural

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸ |

---

RH MODERN



### METAL SHAGREEN BATH ACCESSORIES

$131.00    3    $393.00

ITEM # 10106200 PB
ITEM Soap Dispenser
FINISH Polished Brass Shagreen

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

---

RH MODERN



### METAL SHAGREEN WASTEBASKET

$446.00    3    $1,338.00

ITEM # 10106198 PB
ITEM Wastebasket
FINISH Polished Brass Shagreen

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| | | |

This item is currently not available..

Unlimited Furniture Delivery
▸

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



METAL SHAGREEN BATH ACCESSORIES          $206.00    3    $618.00

ITEM # 10106197 PB
ITEM Tray
FINISH Polished Brass Shagreen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN



METAL SHAGREEN BATH ACCESSORIES          $183.00    3    $549.00

ITEM # 10106201 PB
ITEM Tall Canister
FINISH Polished Brass Shagreen

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

**RH**MODERN

METAL SHAGREEN BATH ACCESSORIES          $176.00    3    $528.00



ITEM # 10106195 PB
ITEM Short Canister
FINISH Polished Brass Shagreen

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

## RHMODERN



METAL SHAGREEN BATH ACCESSORIES        $191.00     3     $573.00

ITEM # 10106202 PB
ITEM Tissue Cover
FINISH Polished Brass Shagreen

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

## RHMODERN



802-GRAM TURKISH TOWEL COLLECTION        $27.00     4     $108.00

ITEM # 17050043 NATL
SIZE Hand Towel
COLOR Natural
PERSONALIZATION
Style Deco (DECO-H8)
Color MLGD
Text

"TSL"

| AVAILABILITY | DELIVERY | RETURNS |
| --- | --- | --- |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | Personalized items cannot be returned. Learn more about our Return Policy ▸ |

**RH**MODERN



### 802-GRAM TURKISH TOWEL COLLECTION $35.00  2  $70.00

ITEM # 17050042 NATL
SIZE Bath Towel
COLOR Natural

| AVAILABILITY | DELIVERY | RETURNS |
| --- | --- | --- |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

**RH**MODERN



### FACETED CRYSTAL BATH ACCESSORIES - POLISHED NICKEL $243.00  1  $243.00

ITEM # 10100633 CLR
ITEM Tumbler

| AVAILABILITY | DELIVERY | RETURNS |
| --- | --- | --- |
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

**RH**MODERN



FACETED CRYSTAL BATH ACCESSORIES - POLISHED NICKEL          $641.00     1     $641.00

ITEM # 10100632 CLR
ITEM Tray

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RHMODERN



FACETED CRYSTAL BATH ACCESSORIES - POLISHED NICKEL          $431.00     1     $431.00

ITEM # 10100631 CLR
ITEM Tall Canister

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RHMODERN



FACETED CRYSTAL BATH ACCESSORIES - POLISHED BRASS          $468.00     1     $468.00

ITEM # 10100630 CLPB
ITEM Soap Dispenser

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

---

**RH**MODERN



FACETED CRYSTAL BATH ACCESSORIES - POLISHED NICKEL

$510.00    1    $510.00

ITEM # 10100622 CLR
ITEM Short Canister

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

---

**RH**MODERN



CASHMERE SCUFF SLIPPERS

$96.00    2    $192.00

ITEM # 17210100 WHT
SIZE Medium
COLOR Natural

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

---

**RH**MODERN



CASHMERE SPA ROBE

$311.00   2   $622.00

ITEM # 17210138 WHT
SIZE Large
COLOR Natural

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸

---

RH MODERN



CHATHAM SINGLE HOOK

$16.00   8   $128.00

ITEM # 24200011 LBB
FINISH Lacquered Burnished Brass

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸

---

RH MODERN



APOTHECARY METAL WASTEBASKET

$187.00   1   $187.00

ITEM # 23380151 LBB
FINISH Lacquered Burnished Brass
ITEM Wastebasket

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

**RH** MODERN



APOTHECARY METAL BATH ACCESSORIES

$93.00     1     $93.00

ITEM # 23380156 LBB
FINISH Lacquered Burnished Brass
ITEM Tray

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

**RH** MODERN



APOTHECARY METAL BATH ACCESSORIES

$93.00     1     $93.00

ITEM # 23380150 LBB
FINISH Lacquered Burnished Brass
ITEM Tissue Cover

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

**RH** MODERN



APOTHECARY METAL BATH ACCESSORIES    $86.00    1    $86.00

ITEM # 23380153 LBB
FINISH Lacquered Burnished Brass
ITEM Tall Canister

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH MODERN



APOTHECARY METAL BATH ACCESSORIES    $101.00    1    $101.00

ITEM # 23380157 LBB
FINISH Lacquered Burnished Brass
ITEM Soap Dispenser

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

RH MODERN



APOTHECARY METAL BATH ACCESSORIES    $78.00    1    $78.00

ITEM # 23380154 LBB
FINISH Lacquered Burnished Brass
ITEM Short Canister

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

## RH MODERN



LAMBETH SMOOTH BATH ACCESSORIES

$131.00    2    $262.00

ITEM # 10088386 LBB
ITEM Tumbler
FINISH Lacquered Burnished Brass

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

## RH MODERN



802-GRAM TURKISH TOWEL SET

$0.00    4    $0.00

ITEM # 10024180 INDG
COLOR Indigo

| **AVAILABILITY** | **DELIVERY** | **RETURNS** |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RH



### 802-GRAM TURKISH BATH MAT

$21.00    6    $126.00

ITEM # 10062323 WHT
SIZE 17" x 24"
COLOR White

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ▸ |

RH MODERN



### 802-GRAM TURKISH TOWEL SET

$76.00    10    $760.00

ITEM # 10024180 WHT
COLOR White

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

RH



### TOSCANE NAILHEAD STOOL

$476.00    2    $952.00

ITEM # 10114150 BLSA
FABRIC Belgian Linen
COLOR Sand

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned or exchanged within 30 days of delivery.  Learn more about our Return Policy ‣ |

---

**RH**MODERN



802-GRAM TURKISH TOWEL COLLECTION          $27.00    10    $270.00

ITEM # 17050043 WHT
SIZE Hand Towel
COLOR White
PERSONALIZATION
Style Deco (DECO-H8)
Color MLGD
Text
"TSL"

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | Personalized items cannot be returned. Learn more about our Return Policy ‣ |

---

**RH**MODERN



BEVELED METAL BATH ACCESSORIES          $146.00    1    $146.00

ITEM # 10102363 PN
ITEM Soap Dispenser
FINISH Polished Nickel

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

---

**RH**MODERN



**BEVELED METAL WASTEBASKET**

$506.00    1    $506.00

ITEM # 10102365 PN
ITEM Wastebasket
FINISH Polished Nickel

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH MODERN



**BEVELED METAL BATH ACCESSORIES**

$146.00    1    $146.00

ITEM # 10102368 PN
ITEM Tissue Cover
FINISH Polished Nickel

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
‣

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣

---

RH MODERN



**BEVELED METAL BATH ACCESSORIES**

$187.00    1    $187.00

ITEM # 10102367 PN
ITEM Tall Canister
FINISH Polished Nickel

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RH MODERN



### 802-GRAM TURKISH TOWEL COLLECTION

ITEM # 17050043 WHT
SIZE Hand Towel
COLOR White

$27.00    2    $54.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RH MODERN



### APOTHECARY METAL WASTEBASKET

ITEM # 23380151 BRNZ
FINISH Bronze
ITEM Wastebasket

$153.00    1    $153.00

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ‣ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ‣ |

RH MODERN



### APOTHECARY METAL BATH ACCESSORIES

$93.00   1   $93.00

ITEM # 23380156 BRNZ
FINISH Bronze
ITEM Tray

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH**MODERN



### APOTHECARY METAL BATH ACCESSORIES

$93.00   1   $93.00

ITEM # 23380150 BRNZ
FINISH Bronze
ITEM Tissue Cover

**AVAILABILITY**

This item is currently not available..

**DELIVERY**

Unlimited Furniture Delivery
▸

**RETURNS**

This item can be returned within 30 days of delivery. Learn more about our Return Policy
▸

---

**RH**MODERN



### APOTHECARY METAL BATH ACCESSORIES

$86.00   1   $86.00

ITEM # 23380153 BRNZ
FINISH Bronze
ITEM Tall Canister

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |



**RH**MODERN

APOTHECARY METAL BATH ACCESSORIES                    $101.00     1     $101.00

ITEM # 23380157 BRNZ
FINISH Bronze
ITEM Soap Dispenser

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |



**RH**MODERN

APOTHECARY METAL BATH ACCESSORIES                    $78.00      1      $78.00

ITEM # 23380154 BRNZ
FINISH Bronze
ITEM Short Canister

| AVAILABILITY | DELIVERY | RETURNS |
|---|---|---|
| This item is currently not available.. | Unlimited Furniture Delivery ▸ | This item can be returned within 30 days of delivery. Learn more about our Return Policy ▸ |

IMPORTANT INFORMATION

All prices shown are in US dollars.

As you specified, furniture items will be delivered as they are available. If you would prefer to have items grouped into as few deliveries as possible, please call Customer Service at 800.762.1005.

ORDER TOTAL

| SUBTOTAL | $13,819.00 |
|---|---|
| HANDLING & PERSONALIZATION | $126.00 |
| TAX | $1,045.97 |
| **TOTAL** | **$14,990.97** |

For additional order details, visit your account  ▸

Want to be in the know? Sign up for email.  ▸

**Visit Us at the Gallery Nearest You**  ▸

RH MEMBERS PROGRAM | PRIVACY POLICY | FREQUENTLY ASKED QUESTIONS | CONTACT US | CUSTOMER SERVICE

© 2023 RH 15 Koch Road, Corte Madera, CA 94925

SF_ORDER_ID:24073549

# EXHIBIT B

TEXT MESSAGE THREAD
BETWEEN PLAINTIFF
AND MS. INOZEMTSEVA
& MS. PETERSON

To: Lisa RH, Alisa RH

Fri, Apr 21 at 12:42 PM

Lisa RH

Thank you so much for
this morning . It was so
great to see you. I
apologize for rushing us
out , but I had already
been briefed by Alisa and
Carrie. I want you to take
a deep breath and enjoy
your beautiful room and
all the beautiful additions
to your home because
there are many. Yes , we
revisions to do and at the
end it is going to be
wonderful. We will work
hard these next few

  iMessage 

2

To: Lisa RH, Alisa RH



weeks to bring your vision to life.

It's ok yes I understand and no worries at all. Thank you guys and will see y'all soon!

This is what I ordered and received:

 **IMG_811 0.jpg**
JPEG Image · 391 KB 

 **IMG_810 9.jpg**
JPEG Image · 

  iMessage 

3

To: Lisa RH, Alisa RH

Tue, May 9 at 10:47 AM

Alisa RH



Good morning Tommy! Would you be available for our next design meeting on Tuesday May 23rd? Carlo will join us and I believe Reina will be back from traveling.

Tue, May 9 at 11:54 AM

Yes the 23rd is good

What time?

Alisa RH

Is afternoon better for

     iMessage    

To: Lisa RH, Alisa RH

Alisa RH

Is afternoon better for you?

 2pm?

Sorry the 23rd is not good. Can ydo the 24th or 25th at 2pm?

You do*

Also Lisa, when we spoke yesterday about the 4 trees I just remembered that Carlo was suggesting to replace them and it was on his list of items

  iMessage 

5

To: Lisa RH, Alisa RH

Sun, May 14 at 6:25 PM

Hey Lisa, when we spoke on the phone last week I asked about the 30 day return policy and you said we are OK even though if it exceeds 30 days. I just want to make sure y'all are going to accept the returns that's all because it's getting close to being 30 days and our meeting is next week

Mon, May 15 at 2:55 PM

Alisa RH

  iMessage 

To: Lisa RH, Alisa RH

Mon, May 15 at 2:55 PM

Alisa RH

Hi **Tommy**, not to worry about the 30 days on RH return policy. At our meeting we'll go over everything that is to be exchanged and returned.



Ok very good, thanks!

Mon, May 15 at 4:27 PM

Lisa RH

We have extended the time period for the returnable items until your appointment. Special order

   iMessage  

To: Lisa RH, Alisa RH

Lisa RH

We have extended the time period for the returnable items until your appointment. Special order upholstered items can be returned , but the buyers 50% deposit is forfeited. Carlo and Alisa will talk about all that at your next appointment. The 30 days has been waived until the meeting. I have not received a list of any additional items you are wishing to return, have you sent it yet? I know we spoke about some bath

  

iMessage

To: Lisa RH, Alisa RH

not received a list of any additional items you are wishing to return, have you sent it yet? I know we spoke about some bath accessories and you were going to send a list of returns / exchanges.

Sorry for the delay yes I've been very busy w work but I'm still working on it

Lisa RH

Ok , hopefully it isn't too 🙁

Too long :)

  iMessage 

9

To: Lisa RH, Alisa RH

Alisa RH

If 24th, can we do the morning? At 10:30am?

It would have to be later in the day like 2pm or 3pm. And either day 24th, 25th or 26th

Alisa RH

We can 4pm on the 24th. Carlo will have to join us via zoom then. If in-person, he can only do in the morning of 24th.

Ok what is the latest time if we do it on the 23rd?



  iMessage 

10

# TEXT MESSAGE THREAD BETWEEN PLAINTIFF AND MS. INOZEMTSEVA

To: Alisa RH

Mon, May 22 at 4:59 PM

Hi **Tommy**, just reaching out to confirm our meeting tomorrow at 3pm. Thank you.

Yes we'll be there

Great! See you then!

Thu, Jun 8 at 3:08 PM

June 14 house 2:30

Tue, Jun 13 at 3:44 PM

Hi **Tommy**, if possible can we move our visit to




iMessage



12

TEXT MESSAGE THREAD BETWEEN PLAINTIFF AND MS. HOWSAM

‹     **R**     ▢

**Rebecca RH** ›

iMessage
Thu, Jun 15 at 3:45 PM

Hi Tommy, this is Rebecca Howsam from RH Jacksonville. Alisa and I look forward to seeing you next Wednesday 6.21.23, at 4pm.

Ok very good thx

Wed, Jun 21 at 3:42 PM

Hi Tommy, Alisa and I are en route to your home! We should be there in 20-30mins.

Ok very good

  iMessage 🎤

# EXHIBIT C

| Space | Order # | Line Item | Product Name | SKU | Return/ Total Qty | Total Return $ |
|---|---|---|---|---|---|---|
| Grand Entry | 23797911 | 28 | Champeaux Pivoting Spotlight | 68140792 LBBZ | 4 | $1,392.00 |
| Grand Entry | 23797911 | 30 | Italian Travertine Plinth Square Planter | 10104874 NATT | 4 | $14,684.00 |
| Grand Entry | 23797911 | 31 | Thaddeus X Base Bench | 10065319 VPSB | 4 | $18,884.00 |
| Grand Entry | 23797911 | 33 | Arbora Wool Rug | 10014638 SPRC | 1 | $26,729.00 |
| Grand Entry | 23797911 | 34 | Thaddeus Barrelback Slope Arm Chair | 10065318 VPDV | 4 | $16,184.00 |
| Grand Entry | 23797911 | 36 | Linden Tufted Round Ottoman | 109291 BWNT | 4 | $4,644.00 |
| Grand Entry | 23797911 | 38 | St. James Panel Sideboard with Drawers | 62780047 DARK | 2 | $5,376.00 |
| Grand Entry | 23797911 | 39 | Greco- Roman Caryatid Temple Sculpture | 10038603 NATL | 2 | $17,992.00 |
| Grand Entry | 23797911 | 41 | St. James Marble Round Dining Table | 67100430 DARK | 1 | $5,340.00 |
| Grand Entry | 23797911 | 45 | 18th C. Brass Indian Urli Bowl - Large | 40410362 BRS | 1 | $1,233.00 |
| Grand Room Dining | 23797911 | 7 | French Empire Etched Urn | 10060073 BLK | 1 | $1,233.00 |
| Grand Room Living | 23797911 | 2 | Modena Chesterfield Ottoman with Tufted Seat | 10105293 VPFG | 2 | $3,292.00 |
| Guest Bedroom 1 | 24000801 | 107 | Belgian Slope Arm Slipcovered Dining Side Chair | 10097967 BLCG | 1 | $787.00 |
| Guest Bedroom 1 | 24000801 | 97 | Petite Candlestick linen Shade Table Lamp | 68270276 VBSD | 2 | $516.00 |
| Guest Bedroom 2 | 24000801 | 42 | Maison Leather End-of-Bed Bench | 10009211 BMSM | 1 | $1,218.00 |
| Guest Bedroom 3 | 24000801 | 16 | Ellis Swing Arm Floor Lamp | 112673 ABRS | 1 | $244.00 |
| Poolside/ Under Balcony | 23861633 | 8 | Champeaux Pivoting Spotlight | 68140792 BRZ | 6 | $2,088.00 |
| Poolside/ Under Balcony | 23861633 | 9 | Rex Round Ottoman - Oak Base | 10045868 BLWH | 8 | $7,768.00 |
| Poolside/ Under Balcony | 23861633 | 33 | Kismos Cast Aluminum Round Dining Table | 64380009 Iron | 2 | $3,892.00 |
| His/ Hers Downstairs Bath | 24073549 | 13 | Toscane Nailhead Stool | 10114150 BLSA | 2 | $476.00 |
| Grand Room Seating | 23797911 | 13 | Luxe Indoor- Outdoor Pillow Insert | 10118763 NONE | 4 | $192.00 |
| Grand Room Seating | 23797911 | 14 | Velvet Ouchak Solid Pillow Cover - Lumbar | 16120213 WINE | 4 | $684.00 |
| Grand Room Dining | 23797911 | 5 | Metal Plinth Collection | 10070543 BRZ | 1 | $1,121.00 |
| Kitchen Breakfast Room | 23758368 | 80 | Vintage French Round Fabric Counter Stool | 62930639 BWNT | 3 | $1,674.00 |
| Kitchen Breakfast Room | 23758368 | 84 | Vintage French Square Back Fabric Dining Side Chair | 62930633 BWNT | 5 | $2,755.00 |
| Poolside/ Under Balcony | 23861633 | 4 | Metal Plinth Collection | 10070543 BRZ | 2 | $2,241.00 |
| Poolside/ Under Balcony | 23861633 | 14 | Kismos Cast Aluminum Rectangular Coffee Table | 64380011 Iron | 2 | $2,436.00 |
| Poolside/ Under Balcony | 23861633 | 15 | Modena Chesterfield Left-arm Return Sofa | 10081865 BWWT | 1 | $7,796.00 |
| Poolside/ Under Balcony | 23861633 | 17 | Modena Chesterfield Right-arm Sofa | 10081496 BWWT | 1 | $6,971.00 |
| Poolside/ Under Balcony | 23861633 | 19 | Modena Chesterfield Right-arm Return Sofa | 10081444 BWWT | 1 | $7,796.00 |
| Poolside/ Under Balcony | 23861633 | 21 | Modena Chesterfield Left-arm Sofa | 10081079 BWWT | 1 | $6,971.00 |
| Poolside/ Under Balcony | 23861633 | 23 | Kismos Ottoman Cushion | 64380016 WWCB | 4 | $1,348.00 |
| Poolside/ Under Balcony | 23861633 | 26 | Kismos Lounge Chair Cushion | 64380015 WWCB | 4 | $2,384.00 |
| Poolside/ Under Balcony | 23861633 | 30 | Kismos Chaise Cushion | 64380019 WWCB | 4 | $3,072.00 |
| Bar Area | 23861633 | 46 | Modena Chesterfield Chair w/ Tufted Seat | 10104522 BWWT | 4 | $18,284.00 |
| Bar Area | 23861633 | 51 | Balmain Barstool Cushion | 10118931 CLWT | 5 | $1,310.00 |
| Bar Area | 23861633 | 53 | Balmain Aluminum Barstool | 10005778 IRON | 5 | $4,405.00 |
| Outdoor Lounging | 23885524 | 37 | Perannials Ombre 8x10 Rug | 15340549 SAND | 2 | $7,592.00 |
| Outdoor Dining | 23885524 | 61 | Kismos Cast Aluminum Rectangular Dining Table | 64020926 IRON | 2 | $6,442.00 |
| | | | | | | $219,446.00 |

# EXHIBIT D

| Space | Order # | Line Item | Product Name | SKU | Return/ Total Qty | Total Return $ |
|---|---|---|---|---|---|---|
| Grand Entry | 23797911 | 28 | Champeaux Pivoting Spotlight | 68140792 LBBZ | 4 | $1,392.00 |
| Grand Entry | 23797911 | 30 | Italian Travertine Plinth Square Planter | 10104874 NATT | 4 | $14,684.00 |
| Grand Entry | 23797911 | 31 | Thaddeus X Base Bench | 10065319 VPSB | 4 | $18,884.00 |
| Grand Entry | 23797911 | 33 | Arbora Wool Rug | 10014638 SPRC | 1 | $26,729.00 |
| Grand Entry | 23797911 | 34 | Thaddeus Barrelback Slope Arm Chair | 10065318 VPDV | 4 | $16,184.00 |
| Grand Entry | 23797911 | 36 | Linden Tufted Round Ottoman | 109291 BWNT | 4 | $4,644.00 |
| Grand Entry | 23797911 | 38 | St. James Panel Sideboard with Drawers | 62780047 DARK | 2 | $5,376.00 |
| Grand Entry | 23797911 | 39 | Greco- Roman Caryatid Temple Sculpture | 10038603 NATL | 2 | $17,992.00 |
| Grand Entry | 23797911 | 41 | St. James Marble Round Dining Table | 67100430 DARK | 1 | $5,340.00 |
| Grand Entry | 23797911 | 45 | 18th C. Brass Indian Urli Bowl - Large | 40410362 BRS | 1 | $1,233.00 |
| Grand Entry | 23797911 | 7 | French Empire Etched Urn | 10060073 BLK | 1 | $1,233.00 |
| Grand Room Dining | 23797911 | 2 | Modena Chesterfield Ottoman with Tufted Seat | 10105293 VPFG | 2 | $3,292.00 |
| Grand Room Living | 23797911 | 107 | Belgian Slope Arm Slipcovered Dining Side Chair | 10097967 BLCG | 1 | $787.00 |
| Guest Bedroom 1 | 24000801 | 97 | Petite Candlestick linen Shade Table Lamp | 68270276 VBSD | 2 | $516.00 |
| Guest Bedroom 2 | 24000801 | 42 | Maison Leather End-of-Bed Bench | 10009211 BMSM | 1 | $1,218.00 |
| Guest Bedroom 3 | 24000801 | 16 | Ellis Swing Arm Floor Lamp | 11673 ABRS | 1 | $244.00 |
| Poolside/ Under Balcony | 23861633 | 8 | Champeaux Pivoting Spotlight | 68140792 BRZ | 6 | $2,088.00 |
| Poolside/ Under Balcony | 23861633 | 9 | Rex Round Ottoman - Oak Base | 10045888 BLWH | 8 | $7,768.00 |
| Poolside/ Under Balcony | 23861633 | 33 | Kismos Cast Aluminum Round Dining Table | 64380009 Iron | 2 | $3,892.00 |
| HdHers Downstairs Bath | 24073549 | 13 | Toscane Nailhead Stool | 10114150 BLSA | 2 | $476.00 |
| Grand Room Seating | 23797911 | 13 | Luxe Indoor- Outdoor Pillow Insert | 10118763 NONE | 4 | $192.00 |
| Grand Room Dining | 23797911 | 14 | Velvet Ouchak Solid Pillow Cover - Lumbar | 1612023 WINE | 4 | $684.00 |
| Grand Room Dining | 23797911 | 5 | Metal Plinth Collection | 10070543 BRZ | 3 | $1,121.00 |
| Kitchen Breakfast Room | 23758368 | 80 | Vintage French Round Fabric Counter Stool | 62930639 BWNT | 3 | $1,674.00 |
| Kitchen Breakfast Room | 23758368 | 84 | Vintage French Square Back Fabric Dining Side Chair | 62930633 BWNT | 5 | $2,755.00 |
| Poolside/ Under Balcony | 23861633 | 4 | Metal Plinth Collection | 10070543 BRZ | 2 | $2,241.00 |
| Poolside/ Under Balcony | 23861633 | 21 | Modena Chesterfield Left-arm Sofa | 10081079 BWWT | 1 | $6,971.00 |
| Poolside/ Under Balcony | 23861633 | 15 | Kismos Cast Aluminum Rectangular Coffee Table | 64380011 Iron | 2 | $2,436.00 |
| Poolside/ Under Balcony | 23861633 | 14 | Modena Chesterfield Left-arm Return Sofa | 10081865 BWWT | 1 | $7,796.00 |
| Poolside/ Under Balcony | 23861633 | 17 | Modena Chesterfield Right-arm Sofa | 10081496 BWWT | 1 | $6,971.00 |
| Poolside/ Under Balcony | 23861633 | 19 | Modena Chesterfield Right-arm Return Sofa | 10081444 BWWT | 1 | $7,796.00 |
| Poolside/ Under Balcony | 23861633 | 23 | Kismos Ottoman Cushion | 64380016 WWCB | 4 | $1,348.00 |
| Poolside/ Under Balcony | 23861633 | 26 | Kismos Lounge Chair Cushion | 64380015 WWCB | 4 | $2,384.00 |
| Poolside/ Under Balcony | 23861633 | 30 | Kismos Chaise Cushion | 64380019 WWCB | 4 | $3,072.00 |
| Poolside/ Under Balcony | 23861633 | 46 | Modena Chesterfield Chair w/ Tufted Seat | 10104522 BWWT | 4 | $18,284.00 |
| Bar Area | 23861833 | 51 | Balmain Barstool Cushion | 10118931 CLWT | 5 | $1,310.00 |
| Bar Area | 23861633 | 53 | Balmain Aluminum Barstool | 10005778 IRON | 5 | $4,405.00 |
| Outdoor Lounging | 23885524 | 37 | Peramials Ombre 8x10 Rug | 15340549 SAND | 2 | $7,592.00 |
| Outdoor Dining | 23885524 | 61 | Kismos Cast Aluminum Rectangular Dining Table | 64020926 IRON | 2 | $6,442.00 |
| | | | | | | $219,446.00 |

| Room | | | Item | Code | Qty | Price |
|---|---|---|---|---|---|---|
| Grand Room Living | | | Rug Pad | 10097796 NONE | 1 | $371.00 |
| Grand Room Living | | | Jules Chair | 10008609 VNFG | 2 | $5,392.00 |
| Grand Room Living | | | Thaddeus Table | 10072130 MRBR | 4 | $9,404.00 |
| Grand Room Living | | | Rug | 10014638 FOG | 1 | $26,781.00 |
| | | | | | | |
| Grand Room Dining | | | Rug | 10014638 FOG | 1 | $26,781.00 |
| Grand Room Dining | | | Rug Pad | 10097796 NONE | 1 | $371.00 |
| Grand Room Dining | | | Dining Table | 62070646 DARK | 1 | $3,978.00 |
| Grand Room Dining | | | Chair | 62440019 BLCA | 2 | $1,784.00 |
| Grand Room Dining | | | Chair | 62440020 BLCA | 8 | $5,904.00 |
| Grand Room Dining | | | Mirror | 10070068 GOLD | 1 | $3,446.00 |
| Grand Room Dining | | | Tray | 41120147 BRS | 1 | $225.00 |
| Grand Room Dining | | | Pillow Insert | 10118764 NONE | 2 | $78.00 |
| | | | | | | |
| Family Room Living | | | French Chair | 100073770 VPSB | 2 | $5,542.00 |
| Family Room Living | | | Thaddeus Table | 61380795 GLBR | 2 | $3,554.00 |
| Family Room Living | | | Sideboard | 61460461 BRWN | 1 | $3,217.00 |
| Family Room Living | | | Rug | 10014610 TRFF | 1 | $11,211.00 |
| Family Room Living | | | Rug Pad | 10093521 NONE | 1 | $183.00 |
| Family Room Living | | | Sofa | 10080934 BLDV | 1 | $5,996.00 |
| Family Room Living | | | Ottoman | 10105299 BLDV | 1 | $1,871.00 |
| Family Room Living | | | Pillow Cover | 16120235 NOCT | 2 | $538.00 |
| Family Room Living | | | Pillow Cover | 16120225 NOCT | 2 | $642.00 |
| Family Room Living | | | Pillow Cover | 16120213 NOCT | 2 | $342.00 |
| Family Room Living | | | Pillow Insert | 16100015 WHT | 5 | $95.00 |
| Family Room Living | | | Pillow Insert | 16100020 WHT | 2 | $56.00 |

1

| Room | | | Item | Code | Qty | Price |
|---|---|---|---|---|---|---|
| Outdoor Lounging | | | Klismos Sofa | 64020922 IRON | 2 | $6,892.00 |
| Outdoor Lounging | | | Klismos Sofa Cushions | 64220980 WNCB | 2 | $5,392.00 |
| Outdoor Lounging | | | Klismos Sofa Cover | 64740764 SAND | 2 | $862.00 |
| Outdoor Lounging | | | Klismos Chair | 64380001 IRON | 8 | $9,744.00 |
| Outdoor Lounging | | | Klismos Chair Cushions | 64380015 WNCB | 8 | $5,096.00 |
| Outdoor Lounging | | | Klismos Chair Cover | 64990236 SAND | 4 | $672.00 |
| Outdoor Lounging | | | Klismos Coffee Table | 64380011 IRON | 2 | $2,436.00 |
| Outdoor Lounging | | | Klismos Coffe Table Cover | 64990101 SAND | 2 | $374.00 |
| Outdoor Lounging | | | Pillow Insert | 16100013 WHT | 12 | $264.00 |
| Outdoor Lounging | | | Pillow Insert | 16100015 WHT | 12 | $228.00 |
| Outdoor Lounging | | | Lantern | 42400258 IRON | 8 | $3,264.00 |
| Outdoor Lounging | | | Daybed | 61920241 GRAY | 2 | $7,042.00 |
| Outdoor Lounging | | | Daybed Cushions | 42360780 BWNT | 2 | $6,442.00 |
| Outdoor Lounging | | | Daybed Cover | 64920433 SAND | 2 | $974.00 |
| Outdoor Lounging | | | Lantern | 42400254 IRON | 4 | $884.00 |
| Outdoor Lounging | | | Fire Table | 42100341 LMST | 1 | $6,146.00 |
| Outdoor Lounging | | | Tank Cover | 42100152 LMST | 1 | $1,012.00 |
| Outdoor Lounging | | | Lounge Chair | 54350003 TAUP | 5 | $6,090.00 |
| Outdoor Lounging | | | Lounge Chair Cushions | 64350024 BWNT | 5 | $3,185.00 |
| Outdoor Lounging | | | Lounge Chair Cover | 64990009 SAND | 5 | $840.00 |
| Outdoor Lounging | | | Klismos Bench | 64380024 IRON | 2 | $3,742.00 |
| Outdoor Lounging | | | Klismos Cushions | 64380025 WNCB | 2 | $786.00 |
| Outdoor Lounging | | | Klismos Table | 64380007 IRON | 2 | $1,686.00 |
| | | | | | | |
| Outdoor Dining | | | Klismos Chair | 64380004 IRON | 14 | $10,444.00 |
| Outdoor Dining | | | Klismos Chair Cushions | 64380021 WNCB | 14 | $3,094.00 |
| Outdoor Dining | | | Umbrella | 64200224 ABBK | 1 | $18,997.00 |
| Outdoor Dining | | | Umbrella Base | 10000013 STSL | 1 | $4,121.00 |
| Outdoor Dining | | | Umbrella Cover | 91220875 SAND | 1 | $243.00 |
| | | | | | | |
| Kitchen Breakfast Room | | | Addison Dining Table | 10025148 WBRN | 1 | $4,732.00 |
| Kitchen Breakfast Room | | | Cayden Sideboard | 10029701 WBRN | 1 | $4,496.00 |
| Kitchen Breakfast Room | | | Tray | 41120147 BRS | 1 | $225.00 |
| | | | | | | |
| MISC | | | Balmain Stool | 10002471 SAND | 4 | $2,292.00 |
| MISC | | | Towels | 10024180 WHT | 10 | $760.00 |
| MISC | | | Bowl | 40410161 BRS | 1 | $390.00 |
| MISC | | | Bowl | 40410159 BRS | 4 | $960.00 |
| MISC | | | Bowl | 40410158 BRS | 2 | $246.00 |
| MISC | | | Tray | 10106197 PB | 3 | $618.00 |
| MISC | | | Canister | 10106201 PB | 4 | $732.00 |
| MISC | | | Canister | 10106195 PB | 4 | $704.00 |
| MISC | | | Crystal | 10100632 CLR | 2 | $1,282.00 |
| MISC | | | Crystal | 10100633 CLR | 1 | $243.00 |

2

| MISC | | | Crystal | 10100631 CLR | 3 | $1,293.00 |
|------|--|--|---------|--------------|---|-----------|
| MISC | | | Crystal | 10100622 CLR | 3 | $1,530.00 |
| MISC | | | Canister | 10102367 PN | 1 | $187.00 |
| MISC | | | Canister | 23380153 BRNZ | 1 | $86.00 |
| MISC | | | Canister | 23380154 BRNZ | 1 | $78.00 |
| MISC | | | Bedding | 113349 gray full | 2 | $358.00 |
| MISC | | | Bedding | 107252 WHT FULL | 1 | $89.00 |
| MISC | | | Tray | 1000184 WHT | 1 | $266.00 |
| | | | | | | |
| | | | | | | $340,080.00 |
| | | | | | | $219,446.00 |
| | | | | | | |
| | | | | | Total | $559,526.00 |

3